# Exhibit 6

**From:** Theresa Pilla <Theresa.Pilla@Phila.gov>
**Sent:** Thursday, March 28, 2019 8:47 AM
**To:** Samantha Hart <Samantha.Hart@road-con.com>; Anthony Santaniello <Anthony.Santaniello@phila.gov>
**Subject:** Re: Supplemental Pre-Qualification Questionnaire

Good morning Samantha -

The bid has been postponed, it will now open Tues. 04-09-19, thus the approved bidders list will be posted about one week before, as is the city's standard.

Per my below instructions to Anthony, you can access the bid after the prequalification bid closes by NOT logging into the PHL Contracts, but just going in to view as the general public to open bids. You will then be able to see the bid and all of the documents, whether you ultimately end up as an approved bidder or not. Once approved bidders are added about a week before opening, then you will be able to sign in and actually submit a bid.

Regarding the project labor agreement, per our law department: The United Steelworkers are not one of the unions that are signatory to the Project Labor Agreement for this project.  As stated in Article IV of the Project Labor Agreement, the "Unions" (defined as the Affiliates of the Philadelphia Building and Construction Trades Council), are the sole and exclusive bargaining representatives of all craft employees working on the Project within the scope of this Agreement.  Also, the Union(s) are recognized as the source of employment referrals.

Thank you.

*Terri Pilla*

Procurement Technician I

City of Philadelphia

Procurement Department, Public Works

Municipal Services Building

1401 J. F. Kennedy Boulevard, Room 120

Philadelphia, PA 19102

215.686.4712     215.686.4728 fax

theresa.pilla@phila.gov

www.PHLContracts.phila.gov

**Procurement – Focused on Service. Committed to Quality.**
**Let Us Know How We Did.**
**https://www.surveymonkey.com/r/proc_cust_excellence**

---

**From:** Samantha Hart <Samantha.Hart@road-con.com>
**Sent:** Thursday, March 28, 2019 8:32 AM
**To:** Anthony Santaniello
**Cc:** Theresa Pilla
**Subject:** RE: Supplemental Pre-Qualification Questionnaire

When will the approved bidders be notified?

If the job bids on April 2nd and we still don't know that is leaving very little time to work up a bid?

Road Con, Inc is a signatory with the United Steel Workers (heavy and Highway construction). Can the United Steel Workers be added to the Project Labor Agreement?

**Samantha M. Hart**
Road-Con, Inc.
902 Camaro Run Drive
West Chester, Pa. 19380
P: 610-429-8089
F: 610-429-8098