**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

—————————————————————— :
ROAD-CON, INC., NESHAMINY        :
CONSTRUCTORS, INC., LOFTUS       :   CIVIL ACTION
CONSTRUCTION, INC., PKF-MARK III, :
and SCOTT A. LACAVA,             :   Case No. 2:19-cv-01667-JS
                                 :
            Plaintiffs,          :
                                 :
        v.                       :
                                 :
THE CITY OF PHILADELPHIA, and    :
MAYOR JAMES KENNEY, in his official :
capacity as mayor of the City of Philadelphia, :
                                 :
            Defendants.          :
—————————————————————— :

**INTERVENORS, MECHANICAL CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA, INC. D/B/A MECHANICAL AND SERVICE CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA'S AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, PENN-DEL-JERSEY CHAPTER'S ANSWER WITH <u>AFFIRMATIVE DEFENSES TO PLAINTIFFS' THIRD AMENDED COMPLAINT</u>**

Intervenors, Mechanical Contractors Association of Eastern Pennsylvania, Inc. d/b/a Mechanical and Service Contractors Association of Eastern Pennsylvania and National Electrical Contractors Association, Penn-Del-Jersey Chapter (collectively, the "Intervenors"), by and through their undersigned counsel, hereby respond to Plaintiffs' Third Amended Complaint and aver as follows:

Plaintiffs' introductory paragraph contains conclusions of law and Plaintiffs' statement of the case, to which no response is required. To the extent a response is required, denied.

**<u>PARTIES</u>**

1.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

2.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

3.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

4.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

5.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

6.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

7.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

8.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

9.      This paragraph contains conclusions of law and/or Plaintiffs' statement of the case, to which no response is required. To the extent a response is required, denied.

10.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

11.      After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

12.      Admitted.

13.      Admitted.

## JURISDICTION AND VENUE

14.     Denied. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

15.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

## BACKGROUND

### A.     Project Labor Agreements

16.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.  By way of further answer, this paragraph is denied to the extent that it is not an accurate characterization of a project labor agreement.

17.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.  By way of further answer, this paragraph is denied to the extent that it is not an accurate characterization of a project labor agreement.

18.     Denied.  By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

### B.     The City of Philadelphia's Project Labor Agreement

#### 1.  Executive Orders 15-11 and 8-15 and the alleged process to implement a PLA

19.     Admitted in part; denied in part. Intervenors admit only that a copy of Executive Order 15-11 is attached as Exhibit 1. Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith. After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore deny the same.

20.     Denied. Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith. After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegation in this paragraph concerning the intent of the use of a PLA by the City.

21.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

22.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

23.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

24.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

25.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

26.     Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

27.     The allegations in this paragraph refer to a writing which speaks for itself, and any characterization thereof is denied.

28.     The allegations in this paragraph refer to a writing which speaks for itself, and any characterization thereof is denied.

29.     Denied.  By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

4

30.     Denied.  By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

31.     Denied.  By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

32.     Admitted in part; denied in part. Intervenors admit only that a copy of Executive Order 8-15 is attached as Exhibit 2. Executive Order 8-15 is a writing and Intervenors deny any characterization inconsistent therewith. After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore deny the same.

33.     Executive Order 8-15 and Executive Order 15-11 are writings and Intervenors deny any characterization inconsistent therewith.

34.     Executive Order 8-15, Executive Order 15-11 and "city's bid documents" are writings and Intervenors deny any characterization inconsistent therewith.  By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the remaining allegations in this paragraph and therefore deny the same.

35.     Admitted in part; denied in part. Intervenors admit only that a) Executive Order 8-15 went into effect on December 31, 2015; b) plaintiffs' original complaint was filed on April 18, 2019; and c) plaintiffs moved for summary judgment on September 1, 2020. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Moreover, Executive Order 8-15 is a writing and Intervenors deny any characterization inconsistent therewith.

**2.  The Alleged Model PLA**

36.    Executive Order 15-11 is a writing and Intervenors deny any characterization inconsistent therewith.

37.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith. Moreover, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegation in this paragraph concerning what the City uses and therefore deny the same.

**3.  The Alleged PLA's Union Membership and Hiring Hall Requirements**

38.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith.

39.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith.

40.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith.

41.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith.

42.    The referenced document is a writing and Intervenors deny any characterization inconsistent therewith.

**C.  The Alleged PLA's Incorporation of Certain Union Collective Bargaining Agreements**

43.    The referenced documents are writings and Intervenors deny any characterization inconsistent therewith.

44.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph

6

and therefore deny the same. Moreover, the referenced PLA and bid specifications are documents and Intervenors deny any characterization inconsistent therewith.

45.     The referenced PLA and bid specifications are documents and Intervenors deny any characterization inconsistent therewith.

46.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

47.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph concerning "every PLA that the City has incorporated into its bid specifications" and therefore deny the same. Moreover, the referenced PLA and bid specifications are documents and Intervenors deny any characterization inconsistent therewith.

48.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

49.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

**D.**     **The Alleged PLA's Diversity-And-Inclusion Goals**

50.     Executive Orders 15-11 and 8-15 are writings and Intervenors deny any characterization inconsistent therewith. Moreover, this paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

51.     Executive Order 8-15 is a writing and Intervenors deny any characterization inconsistent therewith.

52.     Executive Order 8-15 is a writing and Intervenors deny any characterization inconsistent therewith.

53.     The referenced Philadelphia Public Project Labor Agreement is a writing and Intervenors deny any characterization inconsistent therewith.

54.     The referenced Schedule C is a writing and Intervenors deny any characterization inconsistent therewith.

55.     The referenced Schedule C is a writing and Intervenors deny any characterization inconsistent therewith.

56.     The referenced Schedule C is a writing and Intervenors deny any characterization inconsistent therewith.

57.     The referenced Schedule C is a writing and Intervenors deny any characterization inconsistent therewith.

**E.     The City's Alleged Persistent Refusal to Include the United Steelworkers in its Project Labor Agreements**

58.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Moreover, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

59.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

60.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

8

61.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

62.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

63.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

64.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

65.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

66.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

67.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

68.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

69.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

70.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

71.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

72.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

73.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph

and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

74.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

75.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

76.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

77.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

78.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

79.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph

and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

80.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

81.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

82.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

83.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

84.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

85.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph

and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

86.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

87.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

88.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced letter is a writing and Intervenors deny any characterization inconsistent therewith.

89.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same. Moreover, the referenced declaration is a writing and Intervenors deny any characterization inconsistent therewith.

90.     Denied.  This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

**F.     Plaintiffs' Alleged Relationship with the United Steelworkers of America**

91.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

92.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

93.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

94.     Denied. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

95.     Denied. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

96.     After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

97.     After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

98.     After reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

99.     Denied. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. By way of further response,

14

after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

100.    Denied. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

101.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

**G.    Alleged City Bid Solicitation B1904805, 15th Street Bridge Rehab Over City Branch Railroad Cut**

102.    Admitted.

103.    Admitted.

104.    Admitted in part, denied in part.  Intervenors admit only that the 15th Street Project was subject to a project labor agreement at the time of the original complaint.  The referenced project labor agreement is a writing and Intervenors deny any characterization inconsistent therewith.

105.    Denied. The referenced 15th Street PLA is a writing and Intervenors deny any characterization inconsistent therewith. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same

106.    Denied. The referenced 15th Street PLA is a writing and Intervenors deny any characterization inconsistent therewith.

107.   Denied. The referenced 15th Street PLA is a writing and Intervenors deny any characterization inconsistent therewith.

108.   Denied. The referenced 15th Street PLA is a writing and Intervenors deny any characterization inconsistent therewith.

109.   Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

110.   Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

111.   Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

112.   Denied. The referenced agreements are writings and Intervenors deny any characterization inconsistent therewith. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

113.   Denied. The referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

114.   Denied. The referenced email is a writing and Intervenors deny any characterization inconsistent therewith.

115.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

**H.    Alleged City Bid Solicitation No. B1904626-PNE-0340.24 Runway 6-24 Pavement Rehabilitation – Package 2**

116.     Admitted.

117.     Admitted in part, denied in part.  Intervenors admit only that the Runway Project was subject to a project labor agreement at the time of the original complaint.  The referenced project labor agreement is a writing and Intervenors deny any characterization inconsistent therewith.

118.     Denied. The referenced agreement is a writing and Intervenors deny any characterization inconsistent therewith.

119.     Denied. The referenced agreement is a writing and Intervenors deny any characterization inconsistent therewith.  By way of further answer, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph.

120.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

121.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

122.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

123.    Denied. The referenced agreements are writings and Intervenors deny any characterization inconsistent therewith. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

124.    Denied. The referenced agreements are writings and Intervenors deny any characterization inconsistent therewith. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

125.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

126.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

I.      **Other Ways in which the City of Philadelphia Has Allegedly Discriminated Against Steelworker-Affiliated Contactors**

127.    Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

128.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

129.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

130.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

131.     Denied. By way of further response, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

**J.      Mayor Kenney Allegedly Rescinds Executive Order 8-15 and Issues Executive Order 4-20**

132.     Admitted in part; denied in part. Intervenors admit only that Executive Order 4-20, a copy of which is attached as Exhibit 7, went into effect as of October 15, 2020. Intervenors deny the remaining allegations. Executive Order 4-20 is a writing and Intervenors deny any characterization inconsistent therewith. By way of further answer, after reasonable investigation, Intervenors are without knowledge sufficient to form a belief as to the truth of the allegations in this paragraph and therefore deny the same.

133.     Denied. Executive Order 4-20 is a writing and Intervenors deny any characterization inconsistent therewith.

134.     Denied. Executive Order 4-20 is a writing and Intervenors deny any characterization inconsistent therewith.

135.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Further, Executive Order 4-20 is a writing and Intervenors deny any characterization inconsistent therewith.

## CAUSES OF ACTION
### COUNT I
#### 42 U.S.C. § 1983 and the First and Fourteenth Amendments

136.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

137.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

138.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

139.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

140.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

141.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on Count 1 of the Third Amended Complaint.

### COUNT 2
#### 42 U.S.C. § 1981 and the Equal Protection Clause

142.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Further, the referenced Agreement is a writing and Intervenors deny any characterization inconsistent therewith.

143.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Further, the referenced Schedule C is a writing and Intervenors deny any characterization inconsistent therewith.

144.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

145.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on Count 2 of the Third Amended Complaint.

## COUNT 3
## State and City Competitive-Bidding Laws

146.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

147.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

148.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

149.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

150.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

151.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

152.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

153.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

154.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

155.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

156.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

157.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

158.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

159.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

160.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

161.    Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on Count 3 of the Third Amended Complaint.

**COUNT 4**
**City Charter**

162.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. Further, the Home Rule Charter is a writing and Intervenors deny any characterization inconsistent therewith.

163.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on Count 4 of the Third Amended Complaint.

## DEMAND FOR RELIEF

164.     Denied.   This paragraph contains conclusions of law to which no response is required. To the extent a response is required, this paragraph is denied. By way of further response, Plaintiffs' demand for relief for subsections (a) through (j) are not proportional to the factual allegations contained in their Third Amended Complaint. The Court cannot grant the requested relief because Plaintiffs have not alleged sufficient allegations that would allow the Court to rule on all project labor agreements used by the City of Philadelphia.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on all Counts of the Third Amended Complaint.

## AFFIRMATIVE DEFENSES

1.     Plaintiffs have failed to state a claim upon which relief can be granted.

2.     Plaintiffs' claims are barred, in whole or in part, by the doctrines of estoppel, waiver, and laches.

3.     Plaintiffs' claims are moot.

4.     Plaintiffs' claims are not ripe.

5.     Plaintiffs lack standing to assert the claims.

**WHEREFORE**, Intervenors respectfully demand judgment against Plaintiffs on all Counts of the Third Amended Complaint.

Respectfully submitted,

**KANG HAGGERTY & FETBROYT LLC**

By:    */s/ Susan Moon O*
Edward T. Kang
Henry J. Donner
Susan Moon O
123 S. Broad Street, Suite 1670
Philadelphia, PA 19109
P: (215) 525-5850
F: (215) 525-5860
ekang@kanghaggerty.com
hdonner@kanghaggerty.com
so@kanghaggerty.com
*Attorneys for Intervenors*

Dated: September 23, 2021

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

———————————————————

ROAD-CON, INC., NESHAMINY
CONSTRUCTORS, INC., LOFTUS
CONSTRUCTION, INC., PKF-MARK III,
and SCOTT A. LACAVA,

            Plaintiffs,

        v.

THE CITY OF PHILADELPHIA, and
MAYOR JAMES KENNEY, in his official
capacity as mayor of the City of Philadelphia,

            Defendants.

———————————————————

:
:
:    CIVIL ACTION
:
:    Case No. 2:19-cv-01667-JS
:
:
:
:
:
:
:
:
:
:

## CERTIFICATE OF SERVICE

I, Susan Moon O, hereby certify that the foregoing Intervenors' Answer with Affirmative Defenses to Plaintiffs' Third Amended Complaint has been electronically filed on this 23rd day of September, 2021, and may be viewed and/or downloaded through the CM/ECF system maintained by the Clerk of the United States District Court for the Eastern District of Pennsylvania. The following will receive notification via CM/ECF:

Amy Marie Kirby
Lydia M. Furst
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
*Counsel for Defendants*

Walter Stephen Zimolong
Zimolong LLC
P.O. Box 552
Villanova, PA 19085-0552
*Co-Counsel for Plaintiffs*

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Ave., Suite 400
Austin, TX 78701
*Co-Counsel for Plaintiffs*

*/s/ Susan Moon O*
Susan Moon O