IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROAD-CON, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1667 |
| | : | |
| CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 15th day of November, 2021, it is ORDERED that the Order entered on August 27, 2021 (Document No. 69) in the above-captioned matter is amended to reflect a fourteen day extension (requested by the Parties) to the deadline for motions for summary judgment. The parties shall have until December 6, 2021 to submit their motions for summary judgment. All other deadlines remain unchanged.

BY THE COURT:

　　/s/ Juan R. Sanchez
Juan R. Sánchez, C.J.