# Exhibit 4
(Affidavit of Thomas Isenberg)

| | |
|---|---|
| **Road-Con, Inc.**; **Neshaminy Constructors, Inc.**; **Loftus Construction, Inc.**; **PKF-Mark III, Inc.**; and **Scott A. LaCava**,<br><br>      Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**; and **James Kenney**, in his official capacity as mayor of the City of Philadelphia,<br><br>      Defendants. | Case No. 2:19-cv-01667-JS |

# AFFIDAVIT OF THOMAS ISENBERG

I, Thomas Isenberg, being duly sworn, state as follows:

1. My name is Thomas Isenberg. I am over 21 years old and fully competent to make this affidavit. I submit this affidavit in support of the plaintiffs' motion for summary judgment and permanent injunction.

2. I have personal knowledge of the matters contained in this affidavit, and all of the facts stated in this affidavit are true and correct.

3. I am the Director of Compliance & Contract Controls at PKF-Mark III, Inc ("PKF").

4. PKF's principal place of business is located at 17 Blacksmith Road, Newtown, Pennsylvania 18940.

5. PKF is a prequalified PennDOT contractor that regularly works on PennDOT projects with employees who are members of the United Steelworkers.

6. PKF has completed several projects for state agencies including PennDOT and SEPTA, which include projects owned by those agencies located within the city of Philadelphia.

7. PKF is a signatory to a collective-bargaining agreement with United Steelworkers Local 15024.

8. A copy of PKF's collective bargaining agreement with the United Steelworkers is attached at Exhibit "B" to the Plaintiffs' Requests for Admission.

9. The employees of PKF have chosen the United Steelworkers to be their bargaining representative.

10. PKF pays Business Income and Receipts Tax (BIRT), sales and use tax, and city wage taxes to the city of Philadelphia.

11. Exhibit "A" to this affidavit is an authentic copy of receipts and tax forms showing that PKF paid Business Income and Receipts Tax (BIRT) taxes to the city of Philadelphia in 2019 and 2020.

12. Exhibit "B" to this affidavit is an authentic copy of tax forms showing that PKF paid city wage taxes to the city of Philadelphia in 2019.

13. Because PKF maintains a collective-bargaining agreement with the United Steelworkers, it cannot perform work on any city of Philadelphia public-works subject to a project labor agreement with its current workforce.

This concludes my sworn statement.

_____
THOMAS ISENBERG

Subscribed and sworn to me
this ___ day of _____, 2020

_____
NOTARY

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ELIZABETH A. KUPIEC, Notary Public
Newtown Township, Bucks County
My Commission Expires October 8, 2021

# Exhibit A
to Affidavit of Thomas Isenberg

This is a "printer friendly" page. Please use the "print" option in your browser to print this screen.



**OFFICIAL PAYMENTS'**
a service of ACI Payments, Inc.



## Philadelphia, City of - Tax Revenue Department, PA

### Business Income and Receipts Tax (BIRT)

| | |
|---|---|
| **Confirmation Number:** | 147451 |
| **Payment Date:** | Tuesday, July 7, 2020 |
| **Payment Time:** | 10:25AM ET |

**Payer Information**

| | |
|---|---|
| Name: | GLENN A ELY |
| Street Address: | PO BOX 390 |
| | NEWTOWN, PA 18940 |
| | United States |
| Daytime Phone Number: | (267) 759 - 3080 |
| E-mail Address: | eak@pkfm.com |
| Account Number: | 3575248 |
| Tax Year: | 1219 |
| Tax Period: | 191231 |

Thank you for using Official Payments Center to make your payment. Please print this receipt for your records. Click the "Continue" button to return to the City of Philadelphia Payment Center.

**Card Information**

| | |
|---|---|
| Card Type: | American Express |
| Card Number: | ************2006 |

**Payment Information**

| | |
|---|---|
| Payment Type: | Business Income and Receipts Tax (BIRT) |
| Payment Amount: | $39,751.00 |
| Convenience Fee: | $795.02 |
| Total Payment: | $40,546.02 |

Thank you for using ACI Payments, Inc. If you have a question regarding your payment, please call us toll free at 1-800-487-4567. To make payments in the future, please visit our website at www.officialpayments.com.



Copyright © 2020 ACI Payments, Inc. All Rights Reserved.
ACI Payments, Inc. is licensed as a money transmitter by the New York State Department of Financial Services, the Georgia Department of Banking and Finance, and by all other states and territories, where required. NMLS #936777. 6060 Coventry Dr, Elkhorn NE 68022. 1-800-487-4567

CCH
996281 10-23-19                                        Detach here

## 2019 BIRT and MANDATORY ESTIMATED 2020 BIRT PAYMENT COUPON

**Due Date: April 15, 2020**

TAXPAYER NAME PKF-MARK III, INC.
and ADDRESS 17 BLACKSMITH ROAD
NEWTOWN, PA 18940
CITY ACCOUNT #: 2956178

| | |
|---|---|
| **Tax Due** | 39751.00 |
| **Interest & Penalty** | 0.00 |
| **Total Due** | 39751.00 |

Make check payable to: "City of Philadelphia"
Include your Account Number on your check or money order.

33324041520000000002956178000000000000000000000000121900000000000005



# 2019 BIRT
DUE DATE: APRIL 15, 2020

**CITY OF PHILADELPHIA**
**DEPARTMENT OF REVENUE**
**2019 BUSINESS INCOME & RECEIPTS TAX**
For business conducted in and out of Philadelphia

City Account Number
2956178

PKF-MARK III, INC.
17 BLACKSMITH ROAD
NEWTOWN, PA 18940

EIN 231715080

SSN

Taxpayer E-mail Address
DRM@PKFM.COM

If this is a change of address, file a Change Form and check this box:

If your business terminated in 2019, enter the termination date AND file a CHANGE FORM. →

YOU MUST COMPLETE WORKSHEET "S" and SCHEDULE "C-1"

If this is an amended return place an "X" here:

## COMPUTATION OF TAX DUE OR OVERPAYMENT

1. NET INCOME PORTION OF TAX (from Schedule B, Line 13 or Schedule A, Line 15). If there is no tax due, enter "0" ............ 1. 48597
2. GROSS RECEIPTS PORTION OF TAX (from Schedule D, Line 13). If there is no tax due, enter "0" ............ 2. 16033
3. Tax Due for the 2019 Business Income & Receipts Tax (Line 1 plus Line 2) ............ 3. 64630
4. **MANDATORY** 2020 BIRT Estimated Payment (See Instructions) ............ 4. 64630
5. Total Due by 4/15/2020 (Line 3 plus Line 4) ............ 5. 129260

**ESTIMATED PAYMENTS AND OTHER CREDITS**

6a. Include any estimated and/or extension payments of 2019 BIRT previously made, and any credit from overpayment of the 2018 BIRT and/or 2019 NPT return ............ 6a. 89509
6b. Credit from Special Credit Schedule (SC). (Cannot exceed amount on Line 3) ............ 6b.
6c. Total payments and credits. (Line 6a plus Line 6b) ............ 6c. 89509
7. Net Tax Due (Line 5 less Line 6c). If Line 6c is greater than Line 5, enter "0" ............ 7. 39751
8. Interest and Penalty Refer to web site for current percentage ............ 8.
9. **TOTAL DUE** including Interest and Penalty (Line 7 plus Line 8). Use payment coupon. Make check payable to: "City of Philadelphia" ............ 9. 39751

**OVERPAYMENT OPTIONS** If Line 6C is greater than Line 5, enter the amount to be:
10a. Refunded. Do not file a separate Refund Petition ............ 10a.
10b. Applied to the 2019 Net Profits Tax Return ............ 10b.
10c. Applied to the 2020 Business Income & Receipts Tax ............ 10c.

Under penalties of perjury, as set forth in 18 PA C.S. §§ 4902-4903 as amended, I swear that I have reviewed this return and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete.

Taxpayer Signature _____ Date _____ Phone # 215-968-5031

Preparer Signature EMILY GUNTHERCPA Date _____ Phone # 215-643-3900
CLIFTONLARSONALLEN LLP
610 W. GERMANTOWN PIKE,
PLYMOUTH MEETING, PA 194

CCH
996301 11-19-19

BIRT - Page 1

# 2019 BIRT SCHEDULE B


30519

**City Account Number**
2956178

**COMPUTATION OF TAX ON NET INCOME (METHOD II)**

Reminder - You *must* use the same method (METHOD I or METHOD II) that you elected on the first Business Income & Receipts Tax return filed. **If you are using Schedule B, do not complete or file Schedule A.**

1. Net Income (Loss) as properly reported to the Federal Government  STATEMENT 1 ............ 1.    6891240

2. **ADJUSTMENTS** (Per BIRT Reg. 404 and Public Law 86-272)

    (a) Income net of interest expense attributable to direct obligations of the Federal Government, Pennsylvania or the political subdivisions of Pennsylvania. (If less than zero, enter zero on this line) ............ 2a.    45878

    (b) Net Income (Loss) from certain port related activities. (Reg. 302 (T)) ............ 2b.

    (c) Net Income (Loss) from specific PUC and ICC business activities. (Reg. 101 (D)(3)) ............ 2c.

    (d) Net Income (Loss) from Public Law 86-272 activities ............ 2d.

    (e) Receipts by corporations of dividends, interest and royalties received from other corporations in the same affiliated group and/or from other corporations of which the receiving corporation owns at least 20% of the stock and/or BIRT Regulation §404 (B)(5) adjustments (Reg. 302 (O)) ............ 2e.

    (f) Line 1 minus Lines 2a through 2e ............ 2f.    6845362

    (g) All other receipts from other corporations of the same affiliated group. (Reg. 302 (N)) ............ 2g.

    (h) Gross Receipts per BIRT Regulation §404(B)(5)(e) ............ 2h.

    (i) Divide Line g by Line h and enter the result here ............ 2i.

    (j) Multiply Line f by Line i and enter the result here ............ 2j.

3. ADJUSTED NET INCOME (LOSS) (Line 2f minus Line 2j) ............ 3.    6845362

4. Total Nonbusiness Income (Loss) ............ 4.    0

5. Income (Loss) to be apportioned (Line 3 minus Line 4) ............ 5.    6845362

6. Apportionment Percentage from Schedule C-1, Line 3 ............ 6.    .114590

7. Income (Loss) apportioned to Philadelphia (Line 5 times Line 6) ............ 7.    784410

8. Nonbusiness Income (Loss) allocated to Philadelphia ............ 8.

9. Current year Income (Loss) (Line 7 plus Line 8) ............ 9.    784410

10. **Statutory Net Income Deduction from Worksheet S, Line S5. (Must complete Schedule C-1.)** ............ 10.    6862

11. Loss Carry Forward, if any ............ 11.

12. Taxable Income (Loss) (Line 9 minus Line 10 minus Line 11) ............ 12.    777548

13. **TAX DUE** (Line 12 times .0625) If Line 12 is a loss, enter zero ............ 13.    48597
    **ENTER HERE AND ON PAGE 1, LINE 1 OF THIS RETURN.**
    CCH
    996302  10-23-19

BIRT - Sch. B



| PKF-MARK III, INC. | 23-1715080 |
|---|---|

| FORM BIRT | FEDERAL NET INCOME AND ADJUSTMENTS | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---:|
| DEPRECIATION ADJUSTMENT | -493,921 |
| ADDITIONAL ORDINARY INCOME | 3,686 |
| ORDINARY INCOME FROM TRADE OR BUSINESS | 7,234,419 |
| INTEREST INCOME | 147,424 |
| DIVIDEND INCOME | 148 |
| NET SECTION 1231 GAIN/LOSS | 0 |
| CHARITABLE CONTRIBUTIONS | -516 |
| TOTAL TO FORM BIRT, SCH B, LINE 1 | 6,891,240 |

# 2019 BIRT
# SCHEDULE C-1


30619

**City Account Number**

2956178

For business conducted in and out of Philadelphia

The Department has adopted a **Single Sales/Receipts Factor Apportionment** methodology for BIRT. The Property and Payroll Factors are **no longer used** in the calculation of the Philadelphia Apportionment percentage. The Single Sales/Receipts Factor Apportionment percentage is the ratio of **Philadelphia Sales/Receipts** to **Total** Sales/Receipts everywhere.

The **sourcing** of sales/receipts is the **same as it has been** in prior years. Receipts and Taxable Receipts are defined at *Philadelphia Code § 19-2601* and explained in Article III of the BIRT Regulations.

www.phila.gov/revenue/birt-regs

### Market-Based Sourcing of Service/Sales for Software Companies

A *Software Company* (as defined by BIRT Regulations Section 101DD) is to source sales/receipts (for both the Receipts and Net Income bases) in accordance with **Market-based sourcing**. That is, the sale of products and the performance of services will be deemed to be the location where the recipient receives the benefit of the products and services.

> This schedule must be completed in order to receive the deduction from Worksheet S.

**COMPUTATION OF APPORTIONMENT FACTOR TO BE APPLIED TO APPORTIONABLE NET INCOME.** YOU MUST COMPLETE SCHEDULE C-1 IF YOU ARE APPORTIONING YOUR INCOME. FAILURE TO INCLUDE THIS SCHEDULE WITH YOUR RETURN MAY RESULT IN THE DISALLOWANCE OF YOUR APPORTIONMENT AND YOU MAY BE BILLED.

1. Philadelphia Sales/Receipts (From Schedule D, line 6) ................ 1.  11431046

2. Gross Sales/Receipts Everywhere (From Schedule D, line 4) ....... 2.  99756293

3. Single Sales/ Receipts Factor Apportionment Percentage (Line 1 divided by 2) ........... 3.  .114590

**ENTER THE PHILADELPHIA RECEIPTS FACTOR APPORTIONMENT PERCENTAGE ON SCHEDULE A, LINE 8 OR SCHEDULE B, LINE 6.**

> **DO NOT FILE THIS RETURN** if Line 3 is equal to 100%. Use the **BIRT-EZ** return which is available at www.phila.gov/revenue.
>
> Do not submit Schedule C-1 with the BIRT-EZ return.

CCH
996312 10-23-19

BIRT - Sch. C-1



# 2019 BIRT SCHEDULE D



City Account Number
2956178

**COMPUTATION OF TAX ON GROSS RECEIPTS**

The following taxpayers should not file Schedule D.
- Taxpayers registered under the Pennsylvania Securities Act of 1972;
- Persons subject to a tax imposed pursuant to Article VII, VIII, IX or XV of the Tax Reform Code of 1971 (Banks, Title Insurance Companies, Trust Companies, Insurance Companies and Mutual Thrift Institutions)
- Other Financial Businesses

These industries should file Schedules H-J, available on our website at www.phila.gov/revenue.

## Do not report negative numbers on this schedule.

| | | |
|---|---|---|
| 1. Gross Receipts from sales and/or rentals of tangible personal property, dividends, interest, royalties, and gains on sale of stocks, bonds and business capital assets | 1. | |
| 2. Gross Receipts from services | 2. | 99756293 |
| 3. Gross Receipts from rentals of real property | 3. | |
| 4. Total of Lines 1 through 3 | 4. | 99756293 |
| 5. Less exclusions from: | | |
| 5a. Sales delivered outside of Philadelphia | 5a. | |
| 5b. Services performed outside of Philadelphia | 5b. | 88325247 |
| 5c. Rentals of real property outside of Philadelphia | 5c. | |
| 5d. Other (specify) _____ | 5d. | |
| 6. Net Taxable Receipts before Statutory Exclusion (Line 4 minus Lines 5a through 5d) | 6. | 11431046 |
| 7. **Statutory Exclusion (Lower of Line 6 or $100,000.00)** | 7. | 100000 |
| 8. Net Taxable Receipts after Statutory Exclusion (Line 6 minus Line 7) | 8. | 11331046 |
| 9. Receipts on which tax is to be computed by the Alternate Method. (Enter here and on Schedule E, Line 1, 5 or 10.) | 9. | |
| 10. Receipts subject to tax at the regular rate (Line 8 minus Line 9) | 10. | 11331046 |
| 11. **TAX DUE** at the regular rate. (Line 10 times .001415) | 11. | 16033 |
| 12. **TAX DUE** using the Alternate Method from Schedule E, Line 15, if applicable | 12. | |
| 13. **TOTAL TAX DUE** (Line 11 plus Line 12) Enter here and on Page 1, Line 2 of this return. | 13. | 16033 |

---

**Worksheet S - Use to calculate Statutory Net Income Deduction**

| | | |
|---|---|---|
| S1. Enter the lower of Line 6 above or $100,000 | S1. | 100000 |
| S2. Enter Current Year Income from Line 11 of Schedule A or Line 9 of Schedule B. If loss, enter zero | S2. | 784410 |
| S3. Enter Net Taxable Receipts from Line 6 above | S3. | 11431046 |
| S4. Divide Line S2 by Line S3. (Cannot be greater than 1.0000) | S4. | .0686 |
| S5. Statutory Net Income Deduction (Line S1 times Line S4. Cannot exceed $100,000) Enter here and on Line 12 of Schedule A or Line 10 of Schedule B. | S5. | 6862 |

CCH
996321  10-23-19

BIRT - Sch. D



| City of Philadelphia | City of Philadelphia e-file Signature Authorization | 2019 |
|---|---|---|
| LIFE • LIBERTY • AND YOU™ | ▶ Do not send to the City of Philadelphia.<br>▶ This is not a tax return. Keep this form for your records. | |

| Taxpayer's Name | SSN/EIN |
|---|---|
| PKF-MARK III, INC. | 23-1715080 |

**Part I** Tax Return Information - Tax Year Ending December 31, 2019 (Whole Dollars Only)

**Business Income & Receipts Tax**

| | | | |
|---|---|---|---|
| 1 | Tax Due for the 2019 Business Income & Receipts Tax (Form 2019 BIRT, Line 3) | 1 | 64,630. |
| 2 | MANDATORY 2020 BIRT Estimated Payment (Form 2019 BIRT, Line 4) | 2 | 64,630. |
| 3 | Total Due by 4/15/2020 (Line 3 plus Line 4) | 3 | 129,260. |

**Net Profits Tax**

| Total Due by 4/15/2020 (Form 2019 NPT, Line 11) | NPT | |
|---|---|---|

**School Income Tax**

| Total Due by 4/15/2020 (Form 2019 SIT, Line 12) | SIT | |
|---|---|---|

**Part II** Taxpayer Declaration and Signature Authorization

Under penalties of perjury, I declare that I have examined a copy of my electronic tax return and accompanying schedules and statements for the tax year ending December 31, 2019, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the City of Philadelphia and to receive from the City of Philadelphia (a) an acknowledgement of receipt or reason for rejection of the transmission and (b) the reason for any delay in processing the return. If applicable, I authorize the City of Philadelphia and its designated financial agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my City taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic tax return and, if applicable, my electronic funds withdrawal consent.

**Taxpayer's Personal Identification Number (PIN): (check one box only)**

[X] I authorize CLIFTONLARSONALLEN LLP to enter my PIN  06666  as my
signature on my tax year 2019 electronically filed tax return.

[ ] I will enter my PIN as my signature on my tax year 2019 electronically filed tax return.

Signature _____  Date _____

## Practitioner PIN Method Returns Only - continue below

**Part III** Certification and Authentication - Practitioner PIN Method Only

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.  23591119462

As a participant in the Practitioner PIN Program, I certify the above numeric entry is my PIN, which is my signature on the tax year 2019 electronically filed tax return for the taxpayer indicated above. I confirm I am participating in the Practitioner PIN Program in accordance with the requirements established for this program.

ERO's signature _____  Date _____

**ERO must retain this form and the supporting documents for three years.**

**DO NOT SUBMIT THIS FORM TO THE CITY OF PHILADELPHIA.**

# Exhibit B
to Affidavit of Thomas Isenberg

# CITY OF PHILADELPHIA
## ANNUAL RECONCILIATION OF 2019 EMPLOYER WAGE TAX
**DUE DATE: MARCH 2, 2020**

01372-007

PKF-MARK III INC
PO BOX 390
NEWTOWN PA 18940-0319

**City Account Number**
3575248

**Federal Identification Number**
231715080

To file online, go to
https://ework.phila.gov/revenue

**DO NOT REPORT NEGATIVE NUMBERS ON THIS RETURN**

If your business terminated in 2019, enter the termination date AND file a CHANGE FORM.
YOU MUST USE THE CHANGE FORM TO REPORT A CHANGE OF ADDRESS OR TO CANCEL THIS ACCOUNT.

*If this is an amended return place an "X" here:*

A. Enter the number of Philadelphia Residents for whom wage tax was remitted for the pay period including March 12, 2019............ A. **3**

B. Enter the number of **nonresidents** (employees living outside Philadelphia city limits) for whom wage tax was remitted for the pay period including March 12, 2019............ B. **18**

C. Total number of employees **for all company locations** reported on the Employer's Federal Quarterly Tax Return for the first quarter of 2019 (for the pay period including March 12, 2019)............ C. **21**

D. Number of employees working **at company locations within Philadelphia city limits**, for the pay period including March 12, 2019............ D. **21**

1. Gross Compensation per W-2 forms for all employees............ 1. **1,245,518.00**
2. Non-Taxable Gross Compensation included in Line 1. (Paid to nonresidents working outside of Philadelphia)............ 2. **0.00**
3. Taxable income paid to employees earning tips on which City Wage Tax was not withheld............ 3. **0.00**
4. Gross Compensation per W-2 forms on which Philadelphia Wage Tax was withheld or due (Line 1 minus [Line 2 plus Line 3])............ 4. **1,245,518.00**
5. Taxable Gross Compensation paid to residents of Philadelphia January 1, 2019 to June 30, 2019............ 5. **170,053.00**
6. Tax Due (Line 5 times .038809)............ 6. **6,599.00**
7. Taxable Gross Compensation paid to residents of Philadelphia July 1, 2019 to December 31, 2019............ 7. **190,524.00**
8. Tax Due (Line 7 times .038712)............ 8. **7,375.00**
9. Taxable Gross Compensation paid to nonresidents of Philadelphia January 1, 2019 to June 30, 2019............ 9. **523,028.00**
10. Tax Due (Line 9 times .034567)............ 10. **18,096.00**
11. Taxable Gross Compensation paid to nonresidents of Philadelphia July 1, 2019 to December 31, 2019............ 11. **361,911.00**
12. Tax Due (Line 11 times .034481)............ 12. **12,595.00**
13. **Total Tax Due** (Add Lines 6, 8, 10 and 12)............ 13. **0.00**
14. Tax previously paid for 2019............ 14. **44,668.00**
15. **ADDITIONAL TAX DUE** If Line 13 is greater than Line 14, enter the amount here............ 15. **0.00**
16. **TAX OVERPAID** If Line 14 is greater than Line 13, enter the amount here. See instructions............ 16. **0.00**

Under penalties of perjury, as set forth in 18 PA C.S. §§ 4902-4903 as amended, I swear that I have reviewed this return and accompanying statements and schedules, and to the best of my knowledge and belief, they are true and complete.

Taxpayer Signature _____ Date _____ Phone # _____
Preparer Signature *Melinda Linden* Date 1/21/20 Phone # 215-968-5031

2019 Wage Mailer 11-19-2019

---

**DO NOT DETACH. YOU MUST INCLUDE THIS COUPON WITH YOUR PAYMENT FOR PROPER CREDIT.**

NAME: **PKF-MARK III INC**   CITY ACCOUNT #: **3575248**   YEAR: **2019**

ADDRESS: **PO BOX 390**   CITY: **NEWTOWN**   STATE: **PA**   ZIP: **18940-0319**

Make check payable to: "City of Philadelphia". Include your wage tax account number on your check or money order.

| | Tax Due | Interest & Penalty | Total Due |
|---|---|---|---|
| Annual Reconciliation of 2019 Wage Tax Due Date: March 2, 2020 | 0 0 | 0 0 | 0 0 |

33301030220000000003575248000000000000000000000000009119000000000000000