# Exhibit 5
(Affidavit of Scott A. LaCava)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

**Road-Con, Inc.**; **Neshaminy Constructors, Inc.**; **Loftus Construction, Inc.**; **PKF-Mark III, Inc.**; and **Scott A. LaCava**,

        Plaintiffs,

v.

**City of Philadelphia**; and **James Kenney**, in his official capacity as mayor of the City of Philadelphia,

        Defendants.

Case No. 2:19-cv-01667-JS

## AFFIDAVIT OF SCOTT A. LACAVA

I, Scott A. LaCava, being duly sworn, state as follows:

1. My name is Scott A. LaCava. I am over 21 years old and fully competent to make this affidavit. I submit this affidavit in support of the plaintiffs' motion for summary judgment and permanent injunction.

2. I have personal knowledge of the matters contained in this affidavit, and all of the facts stated in this affidavit are true and correct.

3. I am an employee of Road-Con, Inc. and I am a member of the United Steelworkers.

4. My fellow co-workers and I have chosen the United Steelworkers to serve as our bargaining representative, and I support the United Steelworkers and want them to represent me.

5. Because my co-workers and I have chosen the United Steelworkers to serve as our bargaining representative rather than a union belonging to the Philadelphia Building & Construction Trades Council, I cannot perform work on any city of Philadelphia public-works project subject to a project labor agreement.

6. Because my employer has respected the decision of my co-workers and me to have the United Steelworkers serve as our bargaining representative, our employer is disqualified from receiving any city contracts on public-works project subject to the city's a project labor agreement.

_____
SCOTT A. LACAVA

Subscribed and sworn to me
this **14th** day of **July**, 2020

_____
NOTARY

Commonwealth of Pennsylvania - Notary Seal
Jessica L. Roberts, Notary Public
Chester County
My commission expires April 30, 2023
Commission number 1232251
Member, Pennsylvania Association of Notaries