# Exhibit 8
(Stipulation of the Parties)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **Road-Con, Inc.**; **Neshaminy Constructors, Inc.**; **Loftus Construction, Inc.**; **PKF-Mark III, Inc.**; and **Scott A. LaCava**,<br><br>            Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**; and **James Kenney**, in his official capacity as mayor of the City of Philadelphia,<br><br>            Defendants. | Case No. 2:19-cv-01667-JS |

## STIPULATION

The parties stipulate to the following:

The city used a project labor agreement on a majority of the public-works construction projects with an estimated cost in excess of $3,000,000 procured by the City from January 1, 2016, to April 18, 2019.

 

*/s/ Jonathan F. Mitchell*
JONATHAN F. MITCHELL
Pennsylvania Bar No. 91505
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs*

Dated: September 1, 2020

*/s/ Lydia Furst*
LYDIA FURST
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, Pennsylvania 19102
(215) 683-3566
lydia.furst@phila.gov

*Counsel for Defendants*