# Exhibit 14

**(Deposition of Albert D. Hoffman)**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - - - - - - - - - - - - - - -

ROAD-CON, INC., NESHAMINY   :  CIVIL ACTION
CONSTRUCTORS, INC., LOFTUS  :  NO. 2:19-cv-01667-JS
CONSTRUCTION, INC.,         :
PKF-MARK III, and SCOTT A.  :
LACAVA                  :
         Plaintiffs, :
                  :
    -V-             :
                  :
CITY OF PHILADELPHIA and    :
JAMES KENNEY, IN HIS        :
OFFICIAL CAPACITY AS MAYOR  :
OF THE CITY OF PHILADELPHIA :
        Defendants. :

- - - - - - - - - - - - - - - -

- - -

Friday, September 25, 2020

- - -

ORAL ZOOM DEPOSITION OF ALBERT D.
HOFFMAN, taken pursuant to the Subpeona, held remotely
and by Zoom videoconference in Pennsylvania, commencing
at 9:00 a.m., before SHARON RICCI, RMR, CRR - Notary
Public there being present.

A P P E A R A N C E S:


ZIMOLONG, LLC

BY:        WALTER S. ZIMOLONG, ESQUIRE
           P.O. Box 552
           Villanova, PA 19085
           (215)665-0842
           wally@zimolonglaw.com

           Representing the Plaintiffs



KANG, HAGGERTY & FETBROYT, LLC

BY:        MICHAEL SCOTT WEINERT, ESQUIRE
           123 S. Broad Street, Suite 1670
           Philadelphia, PA 19109
           (215)525-5850
           mweinert@khflaw.com

           Representing the Intervenors



CITY OF PHILADELPHIA LAW DEPARTMENT

BY:        LYDIA FURST, ESQUIRE
           AMY KIRBY, ESQUIRE
           1515 Arch Street, 15th Floor
           Philadelphia, PA 19102
           (215)683-3573
           lydia.furst@phila.gov
           amy.kirby@phila.gov

           Representing the Defendants


ALSO PRESENT:  Karli Ramirez, Intern for City of Phila
               Thomas Isenberg, Rep for PKF-Mark III

I N D E X

WITNESS                                    PAGE

ALBERT HOFFMAN
(Witness sworn)                             6


EXAMINATION BY:

MS. FURST:                                 6,33
MR. WEINERT:                               31
MR. ZIMOLONG:                              36

- - -


E X H I B I T S

NUMBER              DESCRIPTION            PAGE

HOFFMAN 1           STATUS CONTRACT SHEET  12
HOFFMAN 6           AFFIDAVIT              24

- - -

 1          COURT REPORTER:  Counsel, I will

 2    read a stipulation into the record.  Please

 3    bear with me, as it is long.

 4               It is hereby stipulated and agreed

 5    by and between counsel for all parties present

 6    that pursuant to 231 Pa. Code 4002 this

 7    deposition is being conducted by Zoom

 8    conference, that the court reporter, all

 9    counsel, and the witness are all in separate

10    remote locations and participating via Zoom

11    conference meeting under the control of

12    Strehlow & Associates Court Reporting Service,

13    that the officer administering the oath to the

14    witness need not be in the place of the

15    deposition and the witness shall be sworn in

16    remotely by the court reporter after

17    confirming the witness's identity, that this

18    Zoom conference will not be recorded unless

19    previously noticed as a videotaped deposition

20    and that any recording without the express

21    written consent of all parties shall be

22    considered unauthorized, in violation of law,

23    and shall not be used for any purpose in this

24    litigation or otherwise.

25               It is further stipulated that

1  exhibits may be marked by the attorney

2  presenting the exhibit to the witness, and

3  that a copy of any exhibit presented to a

4  witness shall be emailed to or otherwise in

5  possession of all counsel prior to any

6  questioning of a witness regarding the exhibit

7  in question.  All parties shall bear their own

8  costs in the conduct of this deposition by

9  Zoom conference.

10                 So stipulated, counsel?

11                 MS. FURST:  Lydia Furst, counsel

12  for the City of Philadelphia.  And, yes, I

13  agree to the stipulation.

14                 MR. WEINERT:  Michael Weinert,

15  counsel for intervenors.  Yes, I agree to the

16  stipulation.

17                 MR. ZIMOLONG:  And counsel for

18  plaintiffs, Wally Zimolong.  We stipulate.

19                 MS. KIRBY:  And Amy Kirby, attorney

20  for the City of Philadelphia.  We agree to the

21  stipulation.

22                 MR. ZIMOLONG:  Real quick, Lydia is

23  on and Amy is on as well.  Just to be clear,

24  there's only one attorney doing the

25  questioning today?

1              MS. KIRBY:  Yes.  Lydia is handling

2         this morning, I'm going to be handling this

3         afternoon.

4              MR. ZIMOLONG:  Fair enough.

5              ...ALBERT HOFFMAN, after having

6         been first duly sworn, was examined and

7         testified as follows:

8              – – –

9         DIRECT EXAMINATION

10             – – –

11  BY MS. FURST:

12  Q.    Good morning, Mr. Hoffman.  My name is Lydia

13  Furst, I'm an attorney for the City of Philadelphia, and

14  I'm representing the defendants in this case, along with

15  my co-counsel, Amy Kirby.

16             Mr. Hoffman, have you ever been deposed

17  before?

18  A.    Yes.

19  Q.    Okay.  So I'll just run through the ground rules

20  really, really quickly.  As you already know, the court

21  reporter is here taking down everything everyone says,

22  so rather than nodding your head yes or no, you'll need

23  to provide a verbal answer to questions.

24             We should still, even though we're doing this

25  remotely, try to avoid crosstalk so that everything is

1  clear to the court reporter.  So I will do my best to

2  avoid interrupting you, and I just ask that you do the

3  same for me.

4          If, at any time, you need to take a break,

5  please just let us know and we can do that.  I would

6  only ask that you not take a break in the middle of a

7  question pending, so wait until you've answered the

8  question and ask to take a break, and we can do that at

9  any time.

10          Does that all sound okay?

11  A.      That's fine.

12  Q.      Okay.  And, Mr. Hoffman, is there any reason that

13  you cannot answer questions truthfully today?

14  A.      No.

15  Q.      Okay.  What is your current job?

16  A.      I'm the president of Road-Con Incorporated, heavy

17  and highway contractor in West Chester, PA.

18  Q.      And how long have you held that position at

19  Road-Con?

20  A.      As president, for approximately three years.

21  Overall, I've been with the company 25 years.

22  Q.      And just briefly, can you describe for me what

23  your duties are as president of Road-Con?

24  A.      Overall supervision and oversight of the entire

25  company's operations, including procurement, management

1   of the projects, management of our resources and shop,

2   and general accounting functions.

3   Q.      And what position did you hold prior to

4   president?

5   A.      Vice president.

6   Q.      Okay.  And can you again just briefly describe

7   what your duties were as vice president of Road-Con?

8   A.      Same overall duties except I had a superior at

9   that time.

10  Q.      Okay.  And how long were you in the position of

11  vice president for?

12  A.      Approximately 20 years.

13  Q.      As president, do you have a role in choosing

14  which contracts Road-Con will bid on?

15  A.      I do.

16  Q.      And as vice president, did you also have a role

17  in choosing which contracts Road-Con bids on?

18  A.      Yes, I did.

19  Q.      Going back to your role as president, is there

20  anyone else at Road-Con who's involved in the

21  decision-making upon choosing which projects Road-Con

22  will bid on?

23  A.      My chief estimator, Murray Blaker, would suggest

24  projects for us to target, however, I have the final say

25  whether we move ahead or not.

1  Q.     Okay.  And then in your role as vice president,

2  who else was involved in making decisions as to which

3  projects Road-Con would bid on?

4  A.     The current president at that time, Edward J.

5  McKenna.

6  Q.     And was the chief estimator also involved in

7  decision-making around bidding while your were vice

8  president?

9  A.     At the time he came on board, which was

10 approximately four to five years ago, yes, at that point

11 he was involved.  Prior to that, he was not in

12 the -- the position was not here at Road-Con.

13 Q.     Okay.  So just to clarify, until five years ago,

14 there was no estimator at Road-Con?

15 A.     No, there was no chief estimator's position.  I

16 would take care of the estimating, along with other

17 project management staff, and then we added the position

18 of chief estimator.

19 Q.     When did Road-Con commence business?

20 A.     The company was incorporated in 1993.

21 Q.     And sorry if I'm doing the math wrong, but does

22 that mean you've been with the company since it was

23 founded?

24 A.     Shortly thereafter, yes.

25 Q.     Is Road-Con a member of the Pennsylvania Heavy

1   and Highway Contractors Bargaining Association?

2   A.      We are.

3   Q.      And when did Road-Con become a member of that

4   association?

5   A.      Upon inception of the company, in 1993.  The

6   company was a buy -- or transfer from another company,

7   Rocon, R-O-C-O-N.  That company was a member of the

8   Bargaining Association, therefore, the new company

9   continued in that fashion.

10  Q.      Okay.  And is Road-Con still a member of that

11  association?

12  A.      Yes.

13  Q.      Were there ever any lapses in Road-Con's

14  membership in that association?

15  A.      No.

16  Q.      So you've mentioned the term "heavy and highway."

17          Can you just describe for me what type of

18  construction work does that term include?

19  A.      That would include road and street construction,

20  airports, bridgework, sewer treatment plants, all --

21  that's what we classify as heavy construction, in lieu

22  of what it does not include, such as, commercial and

23  residential building.

24  Q.      How much of Road-Con's business is Public Works

25  projects?

1   A.      Over 95 percent.

2   Q.      What is a typical contract amount for Road-Con?

3   A.      Our contracts range from $200,000 to $60 million,

4   however, our average size would most likely be in the 5

5   to $15 million range.

6   Q.      Okay.  Mr. Hoffman, I would just like to show you

7   what I've previously marked as Hoffman Exhibit 1.  And

8   I -- I don't know if you have this yet, but I did email

9   it around to counsel last night.

10                      MR. ZIMOLONG:  I haven't shared any

11              of the documents with the witness.  I got them

12              late last night.  I'm just seeing them now.

13              So you would have to share the screen.

14                      MS. FURST:  What I may do -- unless

15              the court reporter tells me this is not a good

16              idea -- is to put it in the chat.  I think

17              that just might be smoother.  Let me see if I

18              can do that.

19                      MR. ZIMOLONG:  Off the record.

20                              - - -

21                      (A brief discussion was held off

22              the record.)

23                              - - -

24                      MS. FURST:  Okay.  I apologize for

25              the delay, everyone.  I had to rotate the

1          image so it was not sideways.

2                          - - -

3                          (Exhibit Hoffman 1 marked for

4              identification.)

5                          - - -

6    BY MS. FURST:

7    Q.      Mr. Hoffman, can you see this document on the

8    screen?

9    A.      Yes, I can.

10   Q.      Okay.  And this has been marked as Hoffman 1.

11           And is this familiar to you, Mr. Hoffman, this

12   document?

13   A.      That looks like one of our status of contract

14   sheets that we often put in when an owner requests

15   qualifications or current backlog.

16   Q.      Okay.  So starting on the first page, it says at

17   the top, 2019 contracts.  And then looking at the

18   contract prices, is it accurate that all of the contract

19   prices on this page are under one million?

20   A.      On that page, yes.

21   Q.      Okay.  And then we'll go to the next page, which

22   is 2018 contracts.

23           And then there is it accurate that the contract

24   listed in the very first row is for 12 million and

25   change, and the rest of the contracts on that page for

1   2018 are for 2 million or less; is that right?

2   A.      That's correct.

3   Q.      And then just one more page.  Let's just look at

4   the third page, which is 2017 contracts.

5           So just to confirm here, the second row from

6   the top is a contract for approximately $3 million; is

7   that right?

8   A.      Yes.

9   Q.      Just over $3 million.

10          And then three rows below that, there's a

11  contract for underlying $5 million; is that right?

12  A.      That is correct.

13  Q.      And then if you scroll down to the bottom, the

14  second row from the bottom is a contract for

15  approximately $3 and a half million; is that

16  correct?

17  A.      That is correct.

18  Q.      But the rest of these contracts reflected on this

19  page for 2017 are all less than $3 million; is that

20  right?

21  A.      Yes.

22  Q.      Okay.  And is this document a summary of all of

23  Road-Con's contracts for these years?

24  A.      Depending on when that document was printed, it

25  may or may not be all-inclusive.  For example, 2019 does

1    not appear to be all-inclusive.

2            We generally have 20 or more contracts per

3    year.  So that looks to be an incomplete document.  It

4    may have been printed during the course of 2019.

5    Q.      Understood.  So setting aside 2019, does this

6    appear to be accurate for the years 2018 or 2017?

7    A.      To the best of my knowledge, yes.  I don't

8    believe I can remember every project off the top of my

9    head.  It appears to be complete.

10   Q.      Okay.  I'm going to end the screenshare.

11           So, Mr. Hoffman, is it fair to say that

12   Road-Con has many contracts under $3 million?

13   A.      Yes, we have a good portion that fall under 3

14   million, depending on market conditions and the

15   availability of work, yes.

16   Q.      You said that Road-Con is located in West

17   Chester; is that correct?

18   A.      That is our home office location, yes.

19   Q.      In what states does Road-Con work?

20   A.      Pennsylvania, New Jersey, Delaware, occasionally

21   Maryland, although we have not been down in Maryland for

22   quite some time.

23   Q.      Okay.  Anywhere else?

24   A.      No.  That's generally our geographical area.

25   Q.      Focusing on Pennsylvania, what parts of

1   Pennsylvania does Road-Con work in?

2   A.      Generally we target east of the Susquehanna River

3   or the Harrisburg area, so the eastern half of PA, and

4   traveling north up generally to Pocono-type region, the

5   mountain region.  Although we do expand further than

6   that on occasion -- we have done projects outside of

7   that area -- that is our normal target area of

8   Pennsylvania.

9   Q.      So when working in any of the counties or states

10  outside of Philadelphia, has Road-Con ever signed on to

11  a project labor agreement?

12  A.      No.

13  Q.      Has Road-Con ever bid on a project that required

14  the successful bidder to sign on to a project labor

15  agreement?

16  A.      No, we have not.

17  Q.      Does Road-Con monitor Philadelphia invitations to

18  bid on project labor agreements?

19  A.      We monitor Philadelphia, as with all the other

20  owners, for overall projects.  We review the project to

21  see if there is a project labor agreement before

22  proceeding.

23  Q.      Who does that monitoring or review?

24  A.      Myself or my chief estimator, Murray Blaker.

25  Q.      Okay.  What factors does Road-Con consider when

1    determining whether to bid on a City of Philadelphia

2    Public Works project?

3    A.      Same as most other projects.  It would be the

4    need that we have for capacity and the type of work it

5    is at the time.

6              For example, the company does bridgework, it

7    does roadwork, it does pipework.  Those are all

8    different resources.  The leaders of those crews are

9    specialized in those areas.  So, for example, at one

10   given time of the year we may be full capacity on

11   pipework, but we may be light on bridgework, so we would

12   look for a bridge project to fill that gap.

13             So it's not carte blanche.  In other words, we

14   just continue to bid work.  We look for the discipline

15   that we're short on at the time or to fill in the gap or

16   schedules for that year.

17   Q.      Do you consider the estimated cost of the

18   contract or the contract amounts in determining whether

19   to bid on a project?

20   A.      Yes, we look at the size of the project and we

21   also look at the time of it, the duration of the

22   project.

23             For example, a $10-million job that needed to

24   be done in one year may or may not fit our schedule,

25   versus a $10-million job that spans over two years.

 1              So size and time and the discipline of the work

 2    all come into factors as to whether or not we make a

 3    decision to bid.

 4    Q.      And is there a minimum contract amount that

 5    you're looking for when you're reviewing Philadelphia

 6    Public Works projects?

 7    A.      No, we don't set a hard minimum.  We see what

 8    fits at that time.

 9    Q.      Anything else you can think of that you have to

10    consider when deciding whether to place a bid on a

11    Philadelphia Public Works project?

12    A.      The only other item I would think of is if we

13    need -- the load on our estimating department at that

14    time is to the point where we have to make a decision

15    whether we target all projects available or we have to

16    pick and choose because we simply don't have enough time

17    to price all the projects.

18    Q.      How much time is typically required for the

19    estimating department to put together a bid?

20    A.      That's a complex question to answer.  It depends

21    on the complexity of the project, the type of work it

22    is.  For example, a straight asphalt overlay project is

23    fairly simple for the estimators to put together,

24    whereas a complex bridge project, in the middle of the

25    city, with a lot of utilities, that would take a lot

1    more time.

2            So they can range from a couple of days, to put

3    a price together, to a few weeks.

4    Q.    Do you consider the City of Philadelphia one of

5    Road-Con's clients?

6    A.    We consider them an available owner for us to

7    work for.  We have targeted the City of Philadelphia

8    projects in the past when available.  We do work in the

9    city when we're working for PennDOT.  Often PennDOT will

10   be the owner on the project, so we go into the city

11   limits quite often.

12           The -- obviously, the PLA in the past has

13   hampered some of our ability to go in and work directly

14   for the City.

15   Q.    Are you familiar with the 15th Street Bridge

16   project that's discussed in the complaint in this case?

17   A.    I am, yes.

18   Q.    Are you aware that the PLA requirement was

19   removed for that project?

20   A.    Yes, I was.

21   Q.    And did Road-Con ultimately bid on that project

22   after the PLA was removed?

23   A.    I believe we did, and I believe we were second

24   place bidder out of five or so bidders.

25   Q.    And are you familiar with the runway project

1    that's also discussed in the complaint in this case?

2    A.      Yes.  Yes, I am.

3    Q.      And are you aware that the PLA requirement was

4    removed for that project?

5    A.      Yes, I was.

6    Q.      Do you know if Road-Con bid on that project after

7    the PLA was removed?

8    A.      We did.  We were less competitive on that project

9    due to the nature of the project, but we did place a bid

10   on the project.

11   Q.      So prior to the time that the complaint in the

12   case was filed in April of 2019, did Road-Con bid on

13   City of Philadelphia Public Works projects?

14   A.      We have in the past, yes.  We've bid on City of

15   Philadelphia and the Philadelphia Airport projects in

16   the past.

17   Q.      Okay.  And can you give me sort of a timeframe of

18   when you recall Road-Con bidding on City of Philadelphia

19   Public Works projects?

20   A.      I cannot state a date, which dates we bid on

21   projects over the years.  For example, we have 30

22   projects currently on our bid list that generally carry,

23   so we bid a host of projects every year.  The timing, I

24   wouldn't be able to -- I would be guessing.

25   Q.      Do you believe that Road-Con has placed bids on

1  City of Philadelphia projects within the last five

2  years?

3  A.     I believe so.  But, again, I'm guessing to some

4  extent of the timing.

5  Q.     Okay.  Has Road-Con ever been a successful bidder

6  on a Philadelphia Public Works project?

7  A.     I cannot recall if we ever worked directly for

8  the City under their Public Works program.  Again, we

9  worked in the city for other owners, public owners,

10 SEPTA and PennDOT, but I cannot recall.  I cannot

11 recall.  I am sorry.

12 Q.     Has Road-Con ever refrained from bidding on a

13 city Public Works projects for a reason other than a PLA

14 requirement?

15 A.     I am sure there is an instance where we analyze

16 the project and did not like the level of risk or the

17 timing with the schedule and we declined.  We do that on

18 many projects, for many owners.  We begin to estimate

19 the project.

20        And if, during the course of reviewing it, we

21 find items that we're not comfortable with, then we will

22 discontinue and not price the project.

23 Q.     I want to move now to, sort of, projects that

24 post-date the 15th Street and runway project.

25        So do you know if Road-Con has bid on any

1    City of Philadelphia Public Works projects after April

2    2019?

3    A.      We have.  We have bid on -- two, off the top of

4    my head, were what they call green stormwater

5    improvement projects, and I can't recall if there was

6    another bridge project in there or not.  But we have bid

7    directly to the City on a couple projects since that

8    time.

9    Q.      Okay.  And was Road-Con the successful bidder on

10   any of those projects?

11   A.      We were not.

12   Q.      Other than -- just setting aside the 15th Street

13   and runway projects for a moment, has Road-Con refrained

14   from submitting bids on other Public Works projects

15   because they include a project labor agreement?

16   A.      Yes, we have.

17   Q.      Which projects were those?

18   A.      There was a series of projects at the

19   Philadelphia Airport, which we inquired about, saw there

20   was a PLA, and declined bidding because we cannot enter

21   into a PLA with our current workforce.

22   Q.      And this is a separate airport project from

23   the runway project, that's the subject of the complaint?

24   A.      That is correct, yes.

25   Q.      Do you recall what year that project is from?

1    A.      There have been a couple projects over the

2    last -- each of the last three years at the Philadelphia

3    Airport, which we have declined because they included a

4    PLA.

5    Q.      At the time you declined those projects, did you

6    reach out to anyone in the City to -- or the airport to

7    let them know about Road-Con's interest in bidding?

8    A.      We inquired to the point of asking if the project

9    had a project labor agreement.  Once they said it did,

10   we declined.  On a couple occasions they said it did

11   not, we proceeded.

12   Q.      Has Road-Con ever bid on a City project that

13   requires a PLA?

14   A.      No.

15   Q.      How many employees does Road-Con have?

16   A.      Well, our employees vary in total because we are

17   seasonal to some effect.  The management staff and the

18   tradespeople included would total approximately 100 to

19   120, depending on the volume each year.

20   Q.      Okay.  And let's start with management staff.

21           How many employees do you have under that

22   category?

23   A.      All inclusive, approximately 30.

24   Q.      And are those employees full-time employees?

25   A.      Yes, the management staff are all full-time

1   employees.

2   Q.     And are they permanent employees?

3   A.     Yes.

4   Q.     So they're not seasonal employees, correct?

5   A.     That's correct.

6   Q.     Now for tradespeople, approximately how many

7   tradespeople?

8   A.     Again, it varies season to season.  Anywhere from

9   60 to 90, depending on the workload and type of work

10  that we have.  For example, bridgework tends to take

11  more people than roadwork.  If we're a little heavier on

12  bridgework, that would increase our volume of

13  tradespeople that particular year.

14  Q.     Okay.  And the Road-Con tradespeople, are they

15  permanent employees or temporary employees or seasonal

16  employees?

17  A.     They're provided to us from the United

18  Steelworker hiring vault under the collective-bargaining

19  agreement, so they are permitted to come and go.  For

20  example, as they have a layoff, they can be reassigned

21  to a different steelworker company.

22  Q.     So some of the tradespeople that work at

23  Road-Con also work for other contractors; is that

24  correct?

25  A.     Other contractors under the Pennsylvania Heavy

Page 24

1    and Highway Contractors bargaining agreement, yes.

2    Q.    Are all of Road-Con's employees members of the

3    United Steelworkers Union?

4    A.    Can you repeat that for me?

5    Q.    Sure.  Are all of Road-Con's employees members of

6    the United Steelworkers?

7    A.    No, the management people would not be, only the

8    trade folks we talked about.

9    Q.    Apologies.  There's some background noise where

10   I'm at.

11          Are Road-Con's management employees members of

12   any union?

13   A.    No, they are not.

14   Q.    Are all of the tradespeople who work for Road-Con

15   members of the United Steelworkers?

16   A.    Yes, they are.

17   Q.    I'm going to share my screen again and show you

18   what I've previously marked as Hoffman Exhibit 6.

19          Just one second, please.

20                MS. FURST:  Okay.  This is Hoffman

21           deposition Exhibit 6.

22                - - -

23                (Exhibit Hoffman 6 marked for

24           identification.)

25                - - -

1  BY MS. FURST:

2  Q.    And, Mr. Hoffman, this is your affidavit from a

3  motion that your counsel recently filed.

4          Do you want to take a quick look at this?

5  Just take a moment.

6  A.    I'm familiar with the document.

7  Q.    Okay.  And have you -- let's look at paragraph 6,

8  which says Road-Con -- sorry, paragraph 10, which says

9  that the employees of Road-Con have chosen the United

10  Steelworkers to be their bargaining representative.

11  A.    Okay.

12  Q.    What do you mean when you say that "They have

13  chosen the United Steelworkers to be their bargaining

14  representative"?

15  A.    The employees have the option to be union or to

16  not be union.  As I said, from the inception of the

17  company, the current company, was a purchase of an

18  original company founded back in 1969.  The employees

19  back at that date, I can't testify to that or how that

20  came about, procured the United Steelworkers or joined

21  the United Steelworkers.

22          And with that, they maintain that status to

23  current day, including through the buyout of when Rocon

24  bought Road-Con.

25          They are -- I don't -- yep, I don't know what

1    else I can explain to it.

2    Q.    Okay.  Could the employees of Road-Con choose

3    another union in the future to represent them?

4    A.    We have an attorney, Andrew Levi, which

5    particularly advises me on the terms and conditions of

6    the bargaining agreement between us and the United

7    Steelworkers.  I would say I would look to him to tell

8    me how that process would take place.

9          I would imagine it would have to be a group

10   move.  In other words, the individual employees cannot

11   choose to go to another union.  They're not allowed to

12   participate in dual unions.

13         But I would imagine that under a certain

14   scenario, the employees as a collective group could vote

15   the union out, but I'm not sure.  I would have to refer

16   to my attorney for that.

17   Q.    Okay.  Thanks.  Let's go down to paragraph 22 of

18   your affidavit.  And I'll read it.

19         "Because Road-Con maintains a

20   collective-bargaining agreement with United

21   Steelworkers, it cannot perform work on any City of

22   Philadelphia Public Works subject to a project labor

23   agreement with its current workforce."

24         What does the phrase "current workforce" mean

25   in this paragraph?

1    A.      It would mean the United Steelworkers.

2    Q.      Does it include both Road-Con's management

3    employees and the seasonal tradespeople employees?

4    A.      No.  I would say my statement to current

5    workforce would be attributed to the seasonal

6    tradespeople.  That's what we consider our workforce,

7    our direct force that executes the work.

8    Q.      Could Road-Con decide to disaffiliate from the

9    Steelworkers?

10   A.      I would have to refer again to my attorney,

11   Andrew Levi, who handles that, and what that process

12   would be.  It has not been explored, so I can't really

13   answer the question.

14   Q.      Road-Con can perform work on Philadelphia Public

15   Works projects that are not subject to a project labor

16   agreement with its current workforce, correct?

17   A.      Yes.  Yes.  That's why we continue to attempt to

18   procure work from the City.

19   Q.      Have you ever asked any employee of Road-Con to

20   change their union membership so that Road-Con can bid

21   on a City of Philadelphia Public Works projects that

22   require a PLA?

23   A.      We have not asked the employees that, no.

24   Q.      And why not?

25   A.      We are under agreement that, to my knowledge,

1  prohibits that.

2  Q.     And is that the agreement -- let me go back

3  to -- is that the agreement that the Pennsylvania Heavy

4  and Highway Contractors Bargaining Association entered

5  into with the Steelworkers?

6  A.     Yes.  The Heavy and Highway Contracting

7  Bargaining Association agreement, at the beginning,

8  explains in the agreement the coverage area for that

9  agreement, and it includes Philadelphia.

10  Q.     Would you bid on a City of Philadelphia Public

11  Works project that required a PLA if the United

12  Steelworkers were a party to the PLA?

13  A.     That would require a review of the terms of the

14  PLA.  If the PLA agreement incorporated the

15  collective-bargaining agreement from the Pennsylvania

16  Heavy and Highway Contractors Bargaining Association,

17  then we could consider it.

18          Otherwise, I would have to refer to my

19  attorney, Andrew Levi, to see if we could work under the

20  terms of the PLA if it included the Steelworkers, but

21  the terms did not mimic our current

22  collective-bargaining agreement.  So it's sort of a

23  complex question.

24  Q.     Understand.  Let me ask it in a less complex way.

25          Would you bid on a City of Philadelphia Public

1  Works project that required a PLA if you could still use

2  Road-Con's current workforce for the project?

3                    MR. ZIMOLONG:  I'm going to object

4            to the extent that requests a hypothetical,

5            but the witness can clearly answer.

6                    THE WITNESS:  Yes.  Again, there

7            are a couple considerations with that.  If we

8            could use our current workforce and maintain

9            our current Health and Welfare Pension

10           programs and not have to duplicate pay or ask

11           our employees to forego their benefits,

12           that's -- as I stated, it is a bit of a

13           complex question.

14                    MS. FURST:  Okay.  Thank you,

15           Mr. Hoffman.

16                    I think we should take about a

17           ten-minute break.  I may -- I'm either done or

18           will have just a very short amount of

19           questions left after the break.  And then I

20           think intervenors may have questions as well,

21           but I think now would be a good time to take a

22           brief break.

23                    MR. ZIMOLONG:  Just a quick --

24           we're off -- we can go off the record for

25           this.

 1                           _ _ _

 2                      (A brief discussion was held off

 3           the record.)

 4                           _ _ _

 5     BY MS. FURST:

 6     Q.     As president of Road-Con, do you have any say in

 7     whether your employees join a union?

 8     A.     No, I do not, not under the current situation.

 9     We are signatory to the bargaining agreement, and I do

10     not have a choice to tell the employees to join or not

11     join the union.

12              As they are hired, they are immediately signed

13     into the union if they're hired for a trade position.

14     Q.     And do you have any say in whether Road-Con

15     continues to be a member of the association that has

16     entered into the agreement with the Steelworkers?

17     A.     The association renews its contract with the

18     United Steelworkers every three years.  There is an

19     opportunity to exit from the association.

20     Q.     And do you have a say in whether Road-Con takes

21     an -- takes that opportunity to exit the association?

22     A.     Yes, I do.

23                      MS. FURST:  That's all for me for

24           now.

25                      MR. WEINERT:  I just have a few

1          questions.

2                     - - -

3               CROSS-EXAMINATION

4                     - - -

5     BY MR. WEINERT:

6     Q.     Mr. Hoffman, my name is Michael Weinert.  I

7     represent the intervenors in this matter, the National

8     Electrical Contractors Association and the Mechanical

9     Service Contractors Association.

10               And previously you testified that you have

11     been on two projects for the City since April of 2019.

12               Did those two projects have PLAs on them?

13     A.     Mike, actually, after the question was asked, I

14     had the opportunity to refresh my memory a little bit.

15     It's actually been more than those two projects.

16               In all cases, the projects did not include a

17     PLA.  In one case we did on a project, which I did not

18     mention, which was bid through PennDOT but the owner was

19     the City of Philadelphia.  It was for a green stormwater

20     management installation.  We were a low bidder on that

21     project.  The City would ultimately have to sign the

22     contract with us.  They did not react for the 60 days

23     and the bid expires at 60 days.

24               When inquired as to why they were not entering

25     into the contract, they said they had some

Page 32

1   administrative issues and it was going to take longer,

2   if we wanted to extend the time to award, we could,

3   under the condition that the end of the contract was not

4   changed and the price was not changed.

5           Well, obviously, once 60 days goes by, all our

6   pricing expires with our vendors.  And not knowing when

7   we could expect to get an award from the City, we had to

8   walk away at that point.

9           That's actually happened on two occasions over

10  the last five years where we bid and we were a low

11  bidder and the City failed to execute the contract

12  within the 60-day limit that's in that contract for the

13  City.

14          The other project was at the Philadelphia

15  Airport.  It did not include a PLA.  It was to put some

16  safety bollards in front of the over -- or in front of

17  the terminal.  And, again, the 60 days was allowed to

18  expire without them signing the contract with us.

19  Q.    So that first PennDOT project, that project did

20  have a PLA on it, correct?

21  A.    No, it did not.

22  Q.    Okay.

23  A.    None of the projects I talked about had a PLA.

24  Q.    So you've never been on a project for the City

25  with a PLA and been the successful bidder and then

1    reached the point where you would have signed the

2    PLA?

3    A.    That is correct, and we've never been in that

4    situation.

5    Q.    Okay.

6                        MR. WEINERT:  That's all the

7              questions I have.

8                        MR. ZIMOLONG:  I just have -- do

9              you have anything, Lydia?

10                       MS. FURST:  Thanks, Wally.  I was

11             just going to follow up on a couple things

12             real quickly.

13                       - - -

14                  REDIRECT EXAMINATION

15                       - - -

16   BY MS. FURST:

17   Q.    So, Mr. Hoffman, you mentioned a stormwater

18   project that was bid through PennDOT but owned by the

19   City of Philadelphia?

20   A.    Yes.  That's a local match situation.  They do it

21   quite often where PennDOT will bid the project, but

22   ultimately the contract is with the City, executed by

23   the City.

24   Q.    Understood.  Do you remember approximately when

25   you bid on this project?

Page 34

1    A.      It was winter of last year, 2019, 2020.  I do not

2    recall the exact date.  It was over the winter.

3    Q.      Do you remember anything about the contract

4    amount?

5    A.      Approximately 1.3, 1.4 million.

6    Q.      And do you remember anything about what the

7    project was called?

8    A.      I do not.  I believe it was 52nd Street in West

9    Philadelphia, was the location.  PennDOT would have

10   assigned an SR number, and I don't remember that off the

11   top of my head.

12   Q.      Okay.  And do you recall, was this the

13   Philadelphia Water Department?

14   A.      I believe the contract was to be executed by the

15   City of Philadelphia.  I don't know the particular

16   division that was handling the job.

17   Q.      Okay.  And then you mentioned another project

18   that you recalled Road-Con bidding on and being the

19   lowest responsible bidder.

20           What else can you tell me about that project?

21   A.      The timing of which was some years ago.  I'm

22   going to say five or six years ago.  It was a project

23   for the Philadelphia Airport to install safety bollards

24   in front of the terminal and reconstruct.  It was a

25   couple-million-dollar project.

1          Same situation back then, we were low bidder,

2    there was no PLA on the project, so we bid it.  We were

3    the lowest responsible bidder.  The City was not moving

4    forward with an award.  We inquired about it.  They said

5    they were having some internal issues.

6          We went down for a scope meeting to review the

7    project, and during the meeting, off the record, they

8    had said they really did not want to award the project

9    to us.  And at that time, we let the award expire, we

10   did not fight that situation.

11   Q.    Was a reason given as to why the City did not

12   want to award the project to Road-Con?

13   A.    Verbally, off the record, I asked them to let me

14   know if there was a problem, and verbally, off the

15   record, he said we were not of the right union type

16   and it was causing some internal friction inside the

17   City.

18   Q.    And do you have any recollection of who you spoke

19   to at the airport about this?

20   A.    No.  It was a meeting between myself, my

21   estimator, project manager that handled the job and

22   about three folks from the City.

23   Q.    And, Mr. Hoffman, did you look at any documents

24   in preparation for your deposition?

25   A.    Today, just my affidavit.

1   Q.    Okay.  And what about previous to today, did you

2   look at any documents in preparation for your

3   deposition?

4   A.    No.

5   Q.    Okay.  And you stated that you sort of refreshed

6   your recollection about some things while we just took a

7   break; is that right?

8   A.    Yes.  Yes.  In particular, I was looking -- I

9   knew we had bid more than just the two projects for the

10  City over the course of the last year, and I had not

11  pulled it together as quick as I would have liked to

12  while we were going through the questions.

13  Q.    Okay.  And did you remember any other projects

14  that Road-Con bid on over the past several years?

15  A.    They were the only two that came to mind.  We

16  actually do have one or two currently on our bid list to

17  bid on over the upcoming weeks.

18              MS. FURST:  Okay.  Just one second.

19      Let me just check one thing.

20              (Pause.)

21              Okay.  That's all.

22              - - -

23         RECROSS-EXAMINATION

24              - - -

25  BY MR. ZIMOLONG:

1   Q.      This is Wally Zimolong.  It's not usual I ask my

2   own witnesses some questions at the deposition, but I

3   just wanted to follow up on a couple points to clarify

4   the record.

5           Mr. Hoffman, you testified that Road-Con bid on

6   a project that was going to be -- the contract was going

7   to be signed by the City of Philadelphia, and you did

8   that, or Road-Con did that in the winter of 2019,

9   correct?

10  A.      That's correct.

11  Q.      And that -- would it have been in and around

12  December of 2019, sound about correct?

13  A.      It's about correct, yes.  I'd have to pull the

14  records out to find the actual bid date.

15  Q.      And that was -- that bid was submitted during the

16  pendency of this litigation, correct?

17  A.      Yes.

18  Q.      Okay.  And Road-Con was the lowest responsible

19  bidder on that project, correct?

20  A.      Correct.

21  Q.      Okay.  And 60 days expired, but the City of

22  Philadelphia never presented a contract to Road-Con,

23  correct?

24  A.      That's correct.

25  Q.      And on a previous occasion, Road-Con bid on a

1   project owned by the City of Philadelphia Airport in

2   which a similar circumstance occurred, correct?

3   A.      Correct.

4   Q.      And there were representatives of the City of

5   Philadelphia that told you the reason why Road-Con was

6   not presented a contract was because of its union

7   affiliation, correct?

8   A.      Correct.

9                       MR. ZIMOLONG:  Okay.  I don't have

10              anything else for the witness.  Thank you.

11                      Are we all done?  Is the witness

12              done?  Lydia?  Michael?

13                      MR. WEINERT:  I have nothing

14              further.

15                      MS. FURST:  Yeah, I have nothing

16              further.

17                      MR. ZIMOLONG:  Thank you.  Thanks,

18              Al.  Have a good day.

19                      - - -

20                      (Deposition concluded at 10:07

21              a.m.)

22                      - - -

23

24

25

1

2        C E R T I F I C A T I O N

3

4

5        I, hereby certify that the proceedings and

6   evidence noted are contained fully and accurately in the

7   stenographic notes taken by me in the foregoing matter,

8   and that this is a correct transcript of the same.

9

10

11

12

        _____
13          Court Reporter - Notary Public

14

15

16        (The foregoing certification of this

17   transcript does not apply to any reproduction of the

18   same by any means, unless under the direct control

19   and/or supervision of the certifying reporter.)

20

21

22

23

24

25

**A**

**a.m** 1:21
38:21
**ability** 18:13
**able** 19:24
**accounting**
8:2
**accurate**
12:18,23
14:6
**accurately**
39:6
**ACTION** 1:4
**actual** 37:14
**added** 9:17
**administeri...**
4:13
**administra...**
32:1
**advises** 26:5
**affidavit** 3:16
25:2 26:18
35:25
**affiliation**
38:7
**afternoon** 6:3
**ago** 9:10,13
34:21,22
**agree** 5:13,15
5:20
**agreed** 4:4
**agreement**
15:11,15,21
21:15 22:9
23:19 24:1
26:6,20,23
27:16,25
28:2,3,7,8,9
28:14,15,22
30:9,16
**agreements**
15:18
**ahead** 8:25
**airport** 19:15
21:19,22
22:3,6
32:15 34:23
35:19 38:1
**airports**
10:20
**Al** 38:18
**ALBERT**
1:18 3:4
6:5

**all-inclusive**
13:25 14:1
**allowed**
26:11 32:17
**amount** 11:2
17:4 29:18
34:4
**amounts**
16:18
**Amy** 2:17
5:19,23
6:15
**amy.kirby...**
2:20
**analyze** 20:15
**and/or** 39:19
**Andrew** 26:4
27:11 28:19
**answer** 6:23
7:13 17:20
27:13 29:5
**answered** 7:7
**Apologies**
24:9
**apologize**
11:24
**appear** 14:1
14:6
**appears** 14:9
**apply** 39:17
**approxima...**
7:20 8:12
9:10 13:6
12:23 23:6
33:24 34:5
**April** 19:12
21:1 31:11
**Arch** 2:18
**area** 14:24
15:3,7,7
28:8
**areas** 16:9
**aside** 14:5
21:12
**asked** 27:19
27:23 31:13
35:13
**asking** 22:8
**asphalt** 17:22
**assigned**
34:10
**Associates**
4:12

**association**
10:1,4,8,11
10:14 28:4
28:7,16
30:15,17,19
30:21 31:8
31:9
**attempt**
27:17
**attorney** 5:1
5:19,24
6:13 26:4
26:16 27:10
28:19
**attributed**
27:5
**availability**
14:15
**available**
17:15 18:6
18:21 19:6
18:8
**average** 11:4
**avoid** 6:25
7:2
**award** 32:2,7
35:4,8,9,12
**aware** 18:18
19:3

**B**

**B** 3:13
**back** 8:19
25:18,19
28:2 35:1
**background**
24:9
**backlog**
12:15
**bargaining**
10:1,8 24:1
25:10,13
26:6 28:4,7
28:16 30:9
**bear** 4:3 5:7
**beginning**
28:7
**believe** 14:8
18:23,23
19:25 20:3
34:8,14
**benefits**
29:11
**best** 7:1 14:7
**bid** 8:14,22

9:3 15:13
15:18 16:1
16:14,19
17:3,10,19
18:21 19:6
19:9,12,14
19:20,22,23
20:25 21:3
21:6 22:12
27:20 28:10
28:25 31:18
31:23 32:10
33:18,21,25
35:2 36:9
36:14,16,17
37:5,14,15
37:25
**bidder** 15:14
18:24 20:5
21:9 31:20
32:11,25
34:19 35:1
35:3 37:19
**bidders** 18:24
**bidding** 9:7
19:18 20:12
21:20 22:7
34:18
**bids** 8:17
19:25 21:14
**bit** 29:12
31:14
**Blaker** 8:23
15:24
**blanche**
16:13
**board** 9:9
**bollards**
32:16 34:23
**bottom** 13:13
13:14
**bought** 25:24
**Box** 2:4
**break** 7:4,6,8
29:17,19,22
36:7
**bridge** 16:12
17:24 18:15
21:6
**bridgework**
10:20 16:6
16:11 23:10
23:12
**brief** 11:21

29:22 30:2
**briefly** 7:22
8:6
**Broad** 2:11
**building**
10:23
**business** 9:19
10:24
**buy** 10:6
**buyout** 25:23

**C**

**C** 2:1 39:2,2
**call** 21:4
**called** 34:7
**capacity** 1:9
16:4,10
**care** 9:16
**carry** 19:22
**carte** 16:13
**case** 6:14
18:16 19:1
19:12 31:17
**cases** 31:16
**category**
22:22
**causing** 35:16
**certain** 26:13
**certification**
39:16
**certify** 39:5
**certifying**
39:19
**change** 12:25
27:20
**changed** 32:4
32:4
**chat** 11:16
**check** 36:19
**Chester** 7:17
14:17
**chief** 8:23 9:6
9:15,18
15:24
**choice** 30:10
**choose** 17:16
26:2,11
**choosing** 8:13
8:17,21
**chosen** 25:9
25:13
**circumstance**
38:2
**city** 1:8,10

2:16,23
5:12,20
6:13 16:1
17:25 18:4
18:7,9,10
18:14 19:13
19:14,18
20:1,8,9,13
21:1,7 22:6
22:12 26:21
27:18,21
28:10,25
31:11,19,21
32:7,11,13
32:24 33:19
33:22,23
34:15 35:3
35:11,17,22
36:10 37:7
37:21 38:1
38:4
**CIVIL** 1:4
**clarify** 9:13
37:3
**classify** 10:21
**clear** 5:23 7:1
**clearly** 29:5
**clients** 18:5
**co-counsel**
6:15
**Code** 4:6
**collective**
26:14
**collective-b...**
23:18 26:20
28:15,22
**come** 17:2
23:19
**comfortable**
20:21
**commence**
9:19
**commencing**
1:20
**commercial**
10:22
**company**
7:21 9:20
9:22 10:5,6
10:6,7,8
16:6 23:21
25:17,17,18
**company's**
7:25

**competitive**
19:8
**complaint**
18:16 19:1
19:11 21:23
**complete**
14:9
**complex**
17:20,24
28:23,24
29:13
**complexity**
17:21
**concluded**
38:20
**condition**
32:3
**conditions**
14:14 26:5
**conduct** 5:8
**conducted**
4:7
**conference**
4:8,11,18
5:9
**confirm** 13:5
**confirming**
4:17
**consent** 4:21
**consider**
15:25 16:17
17:10 18:4
18:6 27:6
28:17
**considerati...**
29:7
**considered**
4:22
**construction**
1:5 10:18
10:19,21
**CONSTRU...**
1:4
**contained**
39:6
**continue**
16:14 27:17
**continued**
10:9
**continues**
30:15
**contract** 3:16
11:2 12:13
12:18,18,23

13:6,11,14
16:18,18
17:4 30:17
31:22,25
32:3,11,12
32:18 33:22
34:3,14
37:6,22
38:6
**Contracting**
28:6
**contractor**
7:17
**contractors**
10:1 23:23
23:25 24:1
28:4,16
31:8,9
**contracts**
8:14,17
11:3 12:17
12:22,25
13:4,18,23
14:2,12
**control** 4:11
39:18
**copy** 5:3
**correct** 13:2
13:12,16,17
14:17 21:24
23:4,5,24
27:16 32:20
33:3 37:9
37:10,12,13
37:16,19,20
37:23,24
38:2,3,7,8
39:8
**cost** 16:17
**costs** 5:8
**counsel** 4:1,5
4:9 5:5,10
5:11,15,17
11:9 25:3
**counties** 15:9
**couple** 18:2
21:7 22:1
22:10 29:7
33:11 37:3
**couple-mill...**
34:25
**course** 14:4
20:20 36:10
**court** 1:1 4:1

4:8,12,16
6:20 7:1
11:15 39:13
**coverage**
28:8
**crews** 16:8
**CROSS-E...**
31:3
**crosstalk**
6:25
**CRR** 1:21
**current** 7:15
9:4 12:15
21:21 25:17
25:23 26:23
26:24 27:4
27:16 28:21
29:2,8,9
30:8
**currently**
19:22 36:16

**D**

**D** 1:18 3:1
**date** 19:20
25:19 34:2
37:14
**dates** 19:20
**day** 25:23
38:18
**days** 18:2
31:22,23
32:5,17
37:21
**December**
37:12
**decide** 27:8
**deciding**
17:10
**decision** 17:3
17:14
**decision-m...**
8:21 9:7
**decisions** 9:2
**declined**
20:17 21:20
22:3,5,10
**defendants**
1:10 2:21
6:14
**Delaware**
14:20
**delay** 11:25
**department**

2:16 17:13
17:19 34:13
**depending**
13:24 14:14
22:19 23:9
**depends**
17:20
**deposed** 6:16
**deposition**
1:18 4:7,15
4:19 5:8
24:21 35:24
36:3 37:2
38:20
**describe** 7:22
8:6 10:17
**DESCRIP...**
3:15
**determining**
16:1,18
**different** 16:8
23:21
**direct** 6:9
27:7 39:18
**directly**
18:13 20:7
21:7
**disaffiliate**
27:8
**discipline**
16:14 17:1
**discontinue**
20:22
**discussed**
18:16 19:1
**discussion**
11:21 30:2
**DISTRICT**
1:1,1
**division**
34:16
**document**
12:7,12
13:22,24
14:3 25:6
**documents**
11:11 35:23
36:2
**doing** 5:24
6:24 9:21
**dual** 26:12
**due** 19:9
**duly** 6:6
**duplicate**

29:10
**duration**
16:21
**duties** 7:23
8:7,8

**E**

**E** 2:1,1 3:1,13
39:2
**east** 15:2
**eastern** 1:1
15:3
**Edward** 9:4
**effect** 22:17
**either** 29:17
**Electrical**
31:8
**email** 11:8
**emailed** 5:4
**employee**
27:19
**employees**
22:15,16,21
22:24,24
23:1,2,4,15
23:15,16
24:2,5,11
25:9,15,18
26:2,10,14
27:3,3,23
29:11 30:7
30:10
**enter** 21:20
**entered** 28:4
30:16
**entering**
31:24
**entire** 7:24
**ESQUIRE**
2:4,10,17
2:17
**estimate**
20:18
**estimated**
16:17
**estimating**
9:16 17:13
17:19
**estimator**
8:23 9:6,14
9:18 15:24
35:21
**estimator's**
9:15

**estimators**
17:23
**evidence** 39:6
**exact** 34:2
**EXAMINA...**
3:7 6:9
33:14
**examined** 6:6
**example**
13:25 16:6
16:9,23
17:22 19:21
23:10,20
**execute** 32:11
**executed**
33:22 34:14
**executes** 27:7
**exhibit** 5:2,3
5:6 11:7
12:3 24:18
24:21,23
**exhibits** 5:1
**exit** 30:19,21
**expand** 15:5
**expect** 32:7
**expire** 32:18
35:9
**expired** 37:21
**expires** 31:23
32:6
**explain** 26:1
**explains** 28:8
**explored**
27:12
**express** 4:20
**extend** 32:2
**extent** 20:4
29:4

**F**

**F** 39:2
**factors** 15:25
17:2
**failed** 32:11
**fair** 6:4 14:11
**fairly** 17:23
**fall** 14:13
**familiar**
12:11 18:15
18:25 25:6
**fashion** 10:9
**FETBROYT**
2:9
**fight** 35:10

**filed** 19:12
25:3
**fill** 16:12,15
**final** 8:24
**find** 20:21
37:14
**fine** 7:11
**first** 6:6
12:16,24
32:19
**fit** 16:24
**fits** 17:8
**five** 9:10,13
18:24 20:1
32:10 34:22
**Floor** 2:18
**Focusing**
14:25
**folks** 24:8
35:22
**follow** 33:11
37:3
**follows** 6:7
**force** 27:7
**forego** 29:11
**foregoing**
39:7,16
**forward** 35:4
**founded** 9:23
25:18
**four** 9:10
**friction** 35:16
**Friday** 1:14
**front** 32:16
32:16 34:24
**full** 16:10
**full-time**
22:24,25
**fully** 39:6
**functions** 8:2
**Furst** 2:17
3:8 5:11,11
6:11,13
11:14,24
12:6 24:20
25:1 29:14
30:5,23
33:10,16
36:18 38:15
**further** 4:25
15:5 38:14
38:16
**future** 26:3

**G**

**gap** 16:12,15
**general** 8:2
**generally**
14:2,24
15:2,4
19:22
**geographical**
14:24
**give** 19:17
**given** 16:10
35:11
**go** 12:21
18:10,13
23:19 26:11
26:17 28:2
29:24
**goes** 32:5
**going** 6:2
8:19 14:10
24:17 29:3
32:1 33:11
34:22 36:12
37:6,6
**good** 6:12
11:15 14:13
29:21 38:18
**green** 21:4
31:19
**ground** 6:19
**group** 26:9
26:14
**guessing**
19:24 20:3

**H**

**H** 3:13
**HAGGER...**
2:9
**half** 13:15
15:3
**hampered**
18:13
**handled**
35:21
**handles**
27:11
**handling** 6:1
6:2 34:16
**happened**
32:9
**hard** 17:7
**Harrisburg**
15:3

**head** 6:22
14:9 21:4
34:11
**Health** 29:9
**heavier** 23:11
**heavy** 7:16
9:25 10:16
10:21 23:25
28:3,6,16
**held** 1:19
7:18 11:21
30:2
**highway** 7:17
10:1,16
24:1 28:4,6
28:16
**hired** 30:12
30:13
**hiring** 23:18
**Hoffman**
1:19 3:4,16
3:16 6:5,12
6:16 7:12
11:6,7 12:3
12:7,10,11
14:11 24:18
24:20,23
25:2 29:15
31:6 33:17
35:23 37:5
**hold** 8:3
**home** 14:18
**host** 19:23
**hypothetical**
29:4

**I**

**idea** 11:16
**identification**
12:4 24:24
**identity** 4:17
**III** 1:5 2:23
**image** 12:1
**imagine** 26:9
26:13
**immediately**
30:12
**improvement**
21:5
**inception**
10:5 25:16
**include** 10:18
10:19,22
21:15 27:2

31:16 32:15
**included** 22:3
22:18 28:20
**includes** 28:9
**including**
7:25 25:23
**inclusive**
22:23
**incomplete**
14:3
**incorporated**
7:16 9:20
28:14
**increase**
23:12
**individual**
26:10
**inquired**
21:19 22:8
31:24 35:4
**inside** 35:16
**install** 34:23
**installation**
31:20
**instance**
20:15
**interest** 22:7
**Intern** 2:23
**internal** 35:5
35:16
**interrupting**
7:2
**intervenors**
2:13 5:15
29:20 31:7
**invitations**
15:17
**involved** 8:20
9:2,6,11
**Isenberg**
2:23
**issues** 32:1
35:5
**item** 17:12
**items** 20:21

**J**

**J** 9:4
**JAMES** 1:9
**Jersey** 14:20
**job** 7:15
16:23,25
34:16 35:21
**join** 30:7,10

30:11
**joined** 25:20

**K**
**KANG** 2:9
**Karli** 2:23
**KENNEY**
1:9
**Kirby** 2:17
5:19,19 6:1
6:15
**knew** 36:9
**know** 6:20
7:5 11:8
19:6 20:25
22:7 25:25
34:15 35:14
**knowing** 32:6
**knowledge**
14:7 27:25

**L**
**labor** 15:11
15:14,18,21
21:15 22:9
26:22 27:15
**LACAVA**
1:6
**lapses** 10:13
**late** 11:12
**law** 2:16 4:22
**layoff** 23:20
**leaders** 16:8
**left** 29:19
**let's** 13:3
22:20 25:7
26:17
**level** 20:16
**Levi** 26:4
27:11 28:19
**lieu** 10:21
**light** 16:11
**liked** 36:11
**limit** 32:12
**limits** 18:11
**list** 19:22
36:16
**listed** 12:24
**litigation**
4:24 37:16
**little** 23:11
31:14
**LLC** 2:3,9
**load** 17:13

**local** 33:20
**located** 14:16
**location**
14:18 34:9
**locations**
4:10
**LOFTUS** 1:4
**long** 4:3 7:18
8:10
**longer** 32:1
**look** 13:3
16:12,14,20
16:21 25:4
25:7 26:7
35:23 36:2
**looking** 12:17
17:5 36:8
**looks** 12:13
14:3
**lot** 17:25,25
**low** 31:20
32:10 35:1
**lowest** 34:19
35:3 37:18
**Lydia** 2:17
5:11,22 6:1
6:12 33:9
38:12
**lydia.furst...**
2:19

**M**
**maintain**
25:22 29:8
**maintains**
26:19
**making** 9:2
**management**
7:25 8:1
9:17 22:17
22:20,25
24:7,11
27:2 31:20
**manager**
35:21
**marked** 5:1
11:7 12:3
12:10 24:18
24:23
**market** 14:14
**Maryland**
14:21,21
**match** 33:20
**math** 9:21

**matter** 31:7
39:7
**MAYOR** 1:9
**McKenna** 9:5
**mean** 9:22
25:12 26:24
27:1
**means** 39:18
**Mechanical**
31:8
**meeting** 4:11
35:6,7,20
**member** 9:25
10:3,7,10
30:15
**members**
24:2,5,11
24:15
**membership**
10:14 27:20
**memory**
31:14
**mention**
31:18
**mentioned**
10:16 33:17
34:17
**Michael** 2:10
5:14 31:6
38:12
**middle** 7:6
17:24
**Mike** 31:13
**million** 11:3
11:5 12:19
12:24 13:1
13:6,9,11
13:15,19
14:12,14
34:5
**mimic** 28:21
**mind** 36:15
**minimum**
17:4,7
**moment**
21:13 25:5
**monitor**
15:17,19
**monitoring**
15:23
**morning** 6:2
6:12
**motion** 25:3
**mountain**

15:5
**move** 8:25
20:23 26:10
**moving** 35:3
**Murray** 8:23
15:24
**mweinert...**
2:12

**N**
**N** 2:1 3:1
39:2
**name** 6:12
31:6
**National** 31:7
**nature** 11:9
**need** 4:14
6:22 7:4
16:4 17:13
**needed** 16:23
**NESHAMI...**
1:4
**never** 32:24
33:3 37:22
**new** 10:8
14:20
**night** 11:9,12
**nodding** 6:22
**noise** 24:9
**normal** 15:7
**north** 15:4
**Notary** 1:21
39:13
**noted** 39:6
**notes** 39:7
**noticed** 4:19
**number** 3:15
34:10

**O**
**O** 39:2
**oath** 4:13
**object** 29:3
**obviously**
18:12 32:5
**occasion** 15:6
37:25
**occasionally**
14:20
**occasions**
22:10 32:9
**occurred**
38:2
**office** 14:18

**officer** 4:13
**OFFICIAL**
1:9
**okay** 6:19
7:10,12,15
8:6,10 9:1
9:13 10:10
11:6,24
12:10,16,21
13:22 14:10
14:23 15:25
19:17 20:5
21:9 22:20
23:14 24:20
25:7,11
26:2,17
29:14 32:22
33:5 34:12
34:17 36:1
36:5,13,18
36:21 37:18
37:21 38:9
**once** 22:9
32:5
**operations**
7:25
**opportunity**
30:19,21
31:14
**option** 25:15
**ORAL** 1:18
**original**
25:18
**outside** 15:6
15:10
**overall** 7:21
7:24 8:8
15:20
**overlay** 17:22
**oversight**
7:24
**owned** 33:18
38:1
**owner** 12:14
18:6,10
31:18
**owners** 15:20
20:9,9,18

**P**
**P** 2:1,1
**P.O** 2:4
**Pa** 2:5,11,18
4:6 7:17

15:3
**page** 3:3,15
12:16,19,20
12:21,25
13:3,4,19
**paragraph**
25:7,8
26:17,25
**participate**
26:12
**participating**
4:10
**particular**
23:13 34:15
36:8
**particularly**
26:5
**parties** 4:5,21
5:7
**parts** 14:25
**party** 28:12
**Pause** 36:20
**pay** 29:10
**pendency**
37:16
**pending** 7:7
**PennDOT**
18:9,9
20:10 31:18
32:19 33:18
33:21 34:9
**Pennsylvania**
1:1,20 9:25
14:20,25
15:1,8
23:25 28:3
28:15
**Pension** 29:9
**people** 23:11
24:7
**percent** 11:1
**perform**
26:21 27:14
**permanent**
23:2,15
**permitted**
23:19
**Phila** 2:23
**Philadelphia**
1:8,10 2:11
2:16,18
5:12,20
6:13 15:10
15:17,19

16:1 17:5
17:11 18:4
18:7 19:13
19:15,15,18
20:1,6 21:1
21:19 22:2
26:22 27:14
27:21 28:9
28:10,25
31:19 32:14
33:19 34:9
34:13,15,23
37:7,22
38:1,5
**phrase** 26:24
**pick** 17:16
**pipework**
16:7,11
**PKF-Mark**
1:5 2:23
**PLA** 18:12
18:18,22
19:3,7
20:13 21:20
21:21 22:4
22:13 27:22
28:11,12,14
28:14,20
29:1 31:17
32:15,20,23
32:25 33:2
35:2
**place** 4:14
17:10 18:24
19:9 26:8
**placed** 19:25
**plaintiffs** 1:6
2:7 5:18
**plants** 10:20
**PLAs** 31:12
**please** 4:2 7:5
24:19
**Pocono-type**
15:4
**point** 9:10
17:14 22:8
32:8 33:1
**points** 37:3
**portion** 14:13
**position** 7:18
8:3,10 9:12
9:15,17
30:13
**possession**

5:5
**post-date**
20:24
**preparation**
35:24 36:2
**present** 1:22
2:23 4:5
**presented** 5:3
37:22 38:6
**presenting**
5:2
**president**
7:16,20,23
8:4,5,7,11
8:13,16,19
9:1,4,8 30:6
**previous** 36:1
37:25
**previously**
4:19 11:7
24:18 31:10
**price** 17:17
18:3 20:22
32:4
**prices** 12:18
12:19
**pricing** 32:6
**printed** 13:24
14:4
**prior** 5:5 8:3
9:11 19:11
**problem**
35:14
**proceeded**
22:11
**proceeding**
15:22
**proceedings**
39:5
**process** 26:8
27:11
**procure**
27:18
**procured**
25:20
**procurement**
7:25
**program**
20:8
**programs**
29:10
**prohibits**
28:1
**project** 9:17

14:8 15:11
15:13,14,18
15:20,21
16:2,12,19
16:20,22
17:11,21,22
17:24 18:10
18:16,19,21
18:25 19:4
19:6,8,9,10
20:6,16,19
20:22,24
21:6,15,22
21:23,25
22:8,9,12
26:22 27:15
28:11 29:1
29:21 31:17
31:21 32:14
32:19,19,24
33:18,21,25
34:7,17,20
34:22,25
35:2,7,8,12
35:21 37:6
37:19 38:1
**projects** 8:1
8:21,24 9:3
10:25 15:6
15:20 16:3
17:6,15,17
18:8 19:13
19:15,19,21
19:22,23
20:1,13,18
20:23 21:1
21:5,7,10
21:13,14,17
21:18 22:1
22:5 27:15
27:21 31:11
31:12,15,16
32:23 36:9
36:13
**provide** 6:23
**provided**
23:17
**public** 1:22
10:24 16:2
17:6,11
19:13,19
20:6,8,9,13
21:1,14
26:22 27:14

27:21 28:10
28:25 39:13
**pull** 37:13
**pulled** 36:11
**purchase**
25:17
**purpose** 4:23
**pursuant**
1:19 4:6
**put** 11:16
12:14 17:19
17:23 18:2
32:15

——— Q ———
**qualificatio...**
12:15
**question** 5:7
7:7,8 17:20
27:13 28:23
29:13 31:13
**questioning**
5:6,25
**questions**
6:23 7:13
29:19,20
31:1 33:7
36:12 37:2
**quick** 5:22
25:4 29:23
36:11
**quickly** 6:20
33:12
**quite** 14:22
18:11 33:21

——— R ———
**R** 2:1 39:2
**R-O-C-O-N**
10:7
**Ramirez** 2:23
**range** 11:3,5
18:2
**reach** 22:6
**reached** 33:1
**react** 31:22
**read** 4:2
26:18
**real** 5:22
33:12
**really** 6:20,20
27:12 35:8
**reason** 7:12
20:13 35:11

38:5
**reassigned**
23:20
**recall** 19:18
20:7,10,11
21:5,25
34:2,12
**recalled**
34:18
**recollection**
35:18 36:6
**reconstruct**
34:24
**record** 4:2
11:19,22
29:24 30:3
35:7,13,15
37:4
**recorded**
4:18
**recording**
4:20
**records**
37:14
**RECROSS...**
36:23
**REDIRECT**
33:14
**refer** 26:15
27:10 28:18
**reflected**
13:18
**refrained**
20:12 21:13
**refresh** 31:14
**refreshed**
36:5
**regarding** 5:6
**region** 15:4,5
**remember**
14:8 33:24
34:3,6,10
36:13
**remote** 4:10
**remotely**
1:19 4:16
6:25
**removed**
18:19,22
19:4,7
**renews** 30:17
**Rep** 2:23
**repeat** 24:4
**reporter** 4:1

4:8,16 6:21
7:1 11:15
39:13,19
**Reporting**
4:12
**represent**
26:3 31:7
**representat...**
25:10,14
**representat...**
38:4
**representing**
2:7,13,21
6:14
**reproduction**
39:17
**requests**
12:14 29:4
**require** 27:22
28:13
**required**
15:13 17:18
28:11 29:1
**requirement**
18:18 19:3
20:14
**requires**
22:13
**residential**
10:23
**resources** 8:1
16:8
**responsible**
34:19 35:3
37:18
**rest** 12:25
13:18
**review** 15:20
15:23 28:13
35:6
**reviewing**
17:5 20:20
**RICCI** 1:21
**right** 13:1,7
13:11,20
35:15 36:7
**risk** 20:16
**River** 15:2
**RMR** 1:21
**road** 10:19
**Road-Con**
1:4 7:16,19
7:23 8:7,14
8:17,20,21

9:3,12,14
9:19,25
10:3,10
11:2 14:12
14:16,19
15:1,10,13
15:17,25
18:21 19:6
19:12,18,25
20:5,12,25
21:9,13
22:12,15
23:14,23
24:14 25:8
25:9,24
26:2,19
27:8,14,19
27:20 30:6
30:14,20
34:18 35:12
36:14 37:5
37:8,18,22
37:25 38:5
**Road-Con's**
10:13,24
13:23 18:5
22:7 24:2,5
24:11 27:2
29:2
**roadwork**
16:7 23:11
**Rocon** 10:7
25:23
**role** 8:13,16
8:19 9:1
**rotate** 11:25
**row** 12:24
13:5,14
**rows** 13:10
**rules** 6:19
**run** 6:19
**runway**
18:25 20:24
21:13,23

——— S ———
**S** 2:1,4,11
3:13
**safety** 32:16
34:23
**saw** 21:19
**says** 6:21
12:16 25:8
25:8

**scenario**
26:14
**schedule**
16:24 20:17
**schedules**
16:16
**scope** 35:6
**SCOTT** 1:5
2:10
**screen** 11:13
12:8 24:17
**screenshare**
14:10
**scroll** 13:13
**season** 23:8,8
**seasonal**
22:17 23:4
23:15 27:3
27:5
**second** 13:5
13:14 18:23
24:19 36:18
**see** 11:17
12:7 15:21
17:7 28:19
**seeing** 11:12
**separate** 4:9
21:22
**SEPTA** 20:10
**September**
1:14
**series** 21:18
**Service** 4:12
31:9
**set** 17:7
**setting** 14:5
21:12
**sewer** 10:20
**share** 11:13
24:17
**shared** 11:10
**SHARON**
1:21
**SHEET** 3:16
**sheets** 12:14
**shop** 8:1
**short** 16:15
29:18
**Shortly** 9:24
**show** 11:6
24:17
**sideways**
21:2
**sign** 15:14

31:21
**signatory**
30:9
**signed** 15:10
30:12 33:1
37:7
**signing** 32:18
**similar** 38:2
**simple** 17:23
**simply** 17:16
**situation** 30:8
33:4,20
35:1,10
**six** 34:22
**size** 11:4
16:20 17:1
**smoother**
11:17
**sorry** 9:21
20:11 25:8
**sort** 19:17
20:23 28:22
36:5
**sound** 7:10
37:12
**spans** 16:25
**specialized**
16:9
**spoke** 35:18
**SR** 34:10
**staff** 9:17
22:17,20,25
**start** 22:20
**starting**
12:16
**state** 19:20
**stated** 29:12
36:5
**statement**
27:4
**states** 1:1
14:19 15:9
**status** 3:16
12:13 25:22
**steelworker**
23:18,21
**Steelworkers**
24:3,6,15
25:10,13,20
25:21 26:7
26:21 27:1
27:9 28:5
28:12,20
30:16,18

**stenographic**
39:7
**stipulate** 5:18
**stipulated** 4:4
4:25 5:10
**stipulation**
4:2 5:13,16
5:21
**stormwater**
21:4 31:19
33:17
**straight**
17:22
**street** 2:11,18
10:19 18:15
20:24 21:12
34:8
**Strehlow**
4:12
**subject** 21:23
26:22 27:15
**submitted**
37:15
**submitting**
21:14
**Subpeona**
1:19
**successful**
15:14 20:5
21:9 32:25
**suggest** 8:23
**Suite** 2:11
**summary**
13:22
**superior** 8:8
**supervision**
7:24 39:19
**sure** 20:15
24:5 26:15
**Susquehanna**
15:2
**sworn** 3:5
4:15 6:6

——— T ———
**T** 3:13 39:2,2
**take** 7:4,6,8
9:16 17:25
23:10 25:4
25:5 26:8
29:16,21
32:1
**taken** 1:19
39:7

takes 30:20
30:21
talked 24:8
32:23
target 8:24
15:2,7
17:15
targeted 18:7
tell 26:7
30:10 34:20
tells 11:15
temporary
23:15
ten-minute
29:17
tends 23:10
term 10:16
10:18
terminal
32:17 34:24
terms 26:5
28:13,20,21
testified 6:7
31:10 37:5
testify 25:19
Thank 29:14
38:10,17
Thanks 26:17
33:10 38:17
thing 36:19
things 33:11
36:6
think 11:16
17:9,12
29:16,20,21
third 13:4
Thomas 2:23
three 7:20
13:10 22:2
30:18 35:22
time 7:4,9 8:9
9:4,9 14:22
16:5,10,15
16:21 17:1
17:8,14,16
17:18 18:1
19:11 21:8
22:5 29:21
32:2 35:9
timeframe
19:17
timing 19:23
20:4,17
34:21

today 5:25
7:13 35:25
36:1
told 38:5
top 12:17
13:6 14:8
21:3 34:11
total 22:16,18
trade 24:8
30:13
tradespeople
22:18 23:6
23:7,13,14
23:22 24:14
27:3,6
transcript
39:8,17
transfer 10:6
traveling
15:4
treatment
10:20
truthfully
7:13
try 6:25
two 16:25
21:3 31:11
31:12,15
32:9 36:9
36:15,16
type 10:17
16:4 17:21
23:9 35:15
typical 11:2
typically
17:18

_____ U _____
ultimately
18:21 31:21
33:22
unauthorized
4:22
underlying
13:11
Understand
28:24
Understood
14:5 33:24
union 24:3,12
25:15,16
26:3,11,15
27:20 30:7
30:11,13

35:15 38:6
unions 26:12
United 1:1
23:17 24:3
24:6,15
25:9,13,20
25:21 26:6
26:20 27:1
28:11 30:18
upcoming
36:17
use 29:1,8
usual 37:1
utilities 17:25

_____ V _____
V- 1:7
varies 23:8
vary 22:16
vault 23:18
vendors 32:6
verbal 6:23
verbally
35:13,14
versus 16:25
vice 8:5,7,11
8:16 9:1,7
videoconfe...
1:20
videotaped
4:19
Villanova 2:5
violation 4:22
volume 22:19
23:12
vote 26:14

_____ W _____
wait 7:7
walk 32:8
Wally 5:18
33:10 37:1
wally@zim...
2:6
WALTER
2:4
want 20:23
25:4 35:8
35:12
wanted 32:2
37:3
Water 34:13
way 28:24
we'll 12:21

we're 6:24
16:15 18:9
20:21 23:11
29:24
we've 19:14
33:3
weeks 18:3
36:17
Weinert 2:10
3:9 5:14,14
30:25 31:5
31:6 33:6
38:13
Welfare 29:9
went 35:6
West 7:17
14:16 34:8
winter 34:1,2
37:8
witness 3:3,5
4:9,14,15
5:2,4,6
11:11 29:5
29:6 38:10
38:11
witness's
4:17
witnesses
37:2
words 16:13
26:10
work 10:18
14:15,19
15:1 16:4
16:14 17:1
17:21 18:7
18:8,13
23:9,22,23
24:14 26:21
27:7,14,18
28:19
worked 20:7
20:9
workforce
21:21 26:23
26:24 27:5
27:6,16
29:2,8
working 15:9
18:9
workload
23:9
Works 10:24
16:2 17:6

17:11 19:13
19:19 20:6
20:8,13
21:1,14
26:22 27:15
27:21 28:11
29:1
wouldn't
19:24
written 4:21
wrong 9:21

_____ X _____
X 3:1,13

_____ Y _____
Yeah 38:15
year 14:3
16:10,16,24
19:23 21:25
22:19 23:13
34:1 36:10
years 7:20,21
8:12 9:10
9:13 13:23
14:6 16:25
19:21 20:2
22:2 30:18
32:10 34:21
34:22 36:14
yep 25:25

_____ Z _____
Zimolong 2:3
2:4 3:9
5:17,18,22
6:4 11:10
11:19 29:3
29:23 33:8
36:25 37:1
38:9,17
Zoom 1:18
1:20 4:7,10
4:18 5:9

_____ 0 _____

_____ 1 _____
1 3:16 11:7
12:3,10
1.3 34:5
1.4 34:5
10 25:8
10-million

16:23,25
10:07 38:20
100 22:18
12 3:16 12:24
120 22:19
123 2:11
15 11:5
1515 2:18
15th 2:18
18:15 20:24
21:12
1670 2:11
19085 2:5
19102 2:18
19109 2:11
1969 25:18
1993 9:20
10:5

_____ 2 _____
2 13:1
2:19-cv-016...
1:4
20 8:12 14:2
200,000 11:3
2017 13:4,19
14:6
2018 12:22
13:1 14:6
2019 12:17
13:25 14:4
14:5 19:12
21:2 31:11
34:1 37:8
37:12
2020 1:14
34:1
215)525-5850
2:12
215)665-0842
2:5
215)683-3573
2:19
22 26:17
231 4:6
24 3:16
25 1:14 7:21

_____ 3 _____
3 13:6,9,15
13:19 14:12
14:13
30 19:21
22:23

31 3:9
36 3:9

_____ 4 _____
4002 4:6

_____ 5 _____
5 11:4 13:11
52nd 34:8
552 2:4

_____ 6 _____
6 3:5,16
24:18,21,23
25:7
6,33 3:8
60 11:3 23:9
31:22,23
32:5,17
37:21
60-day 32:12

_____ 7 _____

_____ 8 _____

_____ 9 _____
9:00 1:21
90 23:9
95 11:1