## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROAD-CON, INC, et al.,          : | |
|           *Plaintiffs,*          : | Civil No: 2:19-cv-01667 |
|                                  : | |
| v.                               : | |
|                                  : | |
| CITY OF PHILADEPHIA, et al.      : | |
|           *Defendants.*          : | |

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK OF COURT:

Please withdraw my appearance on behalf of Defendants, the City of Philadelphia and Mayor James Kenney, in his Official Capacity.

                              CITY OF PHILADELPHIA
                              LAW DEPARTMENT

       BY:      /s/ Amy Kirby
                        Senior Attorney
                        Attorney I.D. No. 323938
                        1515 Arch Street, 15th Floor
                        Philadelphia, PA 19102
                        Phone: (215) 683-3566 Fax:
                        (215) 683-5299
                        Amy.Kirby@phila.gov

DATED:  February 15, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I served a true and correct copy of the foregoing Withdrawal of Appearance upon all counsel of record via ECF system, and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2. b.

                                  BY:   /s/ Amy Kirby
                                                 Senior Attorney

Dated: February 15, 2023