IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROAD-CON, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1667 |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | |

## **ORDER**

AND NOW, this 27th day of March, 2023, upon consideration of the Supplemental Briefs submitted by the Parties, and for the reasons stated in the accompanying Memorandum, it is hereby ORDERED Plaintiffs' Motion for Summary Judgment (Document 74) is DENIED as to their Equal Protection claim. It is further ORDERED Defendants' and Intervenor-Defendants' Motions for Summary Judgment (Documents 79 and 77) are GRANTED on the Equal Protection claim.

The Clerk of Court is DIRECTED to mark this case as CLOSED.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.