UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **Road-Con, Inc.**; **Neshaminy Constructors, Inc.**; **Loftus Construction, Inc.**; **PKF-Mark III, Inc.**; and **Scott A. LaCava**,<br><br>Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**; and **James Kenney**, in his official capacity as mayor of the City of Philadelphia,<br><br>Defendants. | Case No. 2:19-cv-01667-JS |

### NOTICE OF APPEAL

Plaintiffs Road-Con Inc., Neshaminy Constructors Inc., Loftus Construction Inc., PKF-Mark III Inc., and Scott A. LaCava appeal to the United States Court of Appeals for the Third Circuit from the order denying the plaintiffs' motion for summary judgment, entered on March 27, 2023 (ECF No. 111), and the order granting in part and denying in part the plaintiffs' motion for summary judgment, entered on December 14, 2022 (ECF No. 103).

Respectfully submitted.

| | |
|---|---|
| | /s/ Jonathan F. Mitchell |
| Walter S. Zimolong III | Jonathan F. Mitchell |
| Pennsylvania Bar No. 89151 | Pennsylvania Bar No. 91505 |
| Zimolong, LLC | Mitchell Law PLLC |
| Post Office Box 552 | 111 Congress Avenue, Suite 400 |
| Villanova, Pennsylvania 19085-0552 | Austin, Texas 78701 |
| (215) 665-0842 (phone) | (512) 686-3940 (phone) |
| wally@zimolonglaw.com | jonathan@mitchell.law |
| | |
| Dated: April 25, 2023 | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I certify that on April 25, 2023, I served this document through CM/ECF upon:

Lydia Furst
Divisional Deputy City Solicitor
Michael Pfautz
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, Pennsylvania 19102
(215) 683-3566
lydia.furst@phila.gov
michael.pfautz@phila.gov

*Counsel for Defendants*

Edward T. Kang
Susan Moon O
Kang Haggerty & Fetbroyt LLC
123 South Broad Street, Suite 1670
Philadelphia, Pennsylvania 19109
(215) 525-5850
ekang@khflaw.com
so@khflaw.com

*Counsel for Intervenors*

      /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiffs*