UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 23-1782
_____

ROAD-CON, INC.; NESHAMINY CONSTRUCTORS, INC.;
LOFTUS CONSTRUCTION, INC.; PKF-MARK III, INC.;
SCOTT A. LACAVA,
                                         Appellants

v.

THE CITY OF PHILADELPHIA; MAYOR OF PHILADELPHIA

MECHANICAL CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA,
INC., D/B/A MECHANICAL AND SERVICE CONTRACTORS ASSOCIATION OF
EASTERN PENNSYLVANIA; NATIONAL ELECTRICAL CONTRACTORS
ASSOCIATION, PENN-DEL-JERSEY CHAPTER,
                                         (Intervenors in District Court)
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil No. 2:19-cv-01667)
District Judge: Honorable Juan R. Sánchez
_____

Argued: April 3, 2024
_____

Before: RESTREPO, MATEY, and McKEE, *Circuit Judges*
_____

JUDGMENT
_____

     This cause came to be considered on appeal from the United States District Court for the Eastern District of Pennsylvania and was argued on April 3, 2024.

     On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered on March 27, 2023, is hereby

**REVERSED** and **REMANDED**. Costs shall be taxed against the Appellees pursuant to Fed. R. App. P. 39(a)(3). All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: October 29, 2024

Costs will be taxed against Appellees, as follows:

Brief……………………..$ 219.40
Appendix………………..$ 933.20
Reply Brief……………..$ 121.40
Total…………………….**$1274.00**

**Certified as a true copy and issued in lieu of a formal mandate on** December 4, 2024

**Teste:** *[signature]*
**Clerk, U.S. Court of Appeals for the Third Circuit**