IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROAD-CON, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1667 |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 26th day of August, 2025, it is hereby ORDERED a teleconference on the status of this case is scheduled for **Tuesday, September 9, 2025 at 11:30 A.M.** Dial-in information will be circulated separately.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.