# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Road-Con, Inc., Neshaminy Constructors, Inc., Loftus Construction, Inc., PKF-Mark III, and Scott A. LaCava, Plaintiffs, <br><br> v. <br><br> The City of Philadelphia, and Cherelle Parker, in her official capacity as Mayor of the City of Philadelphia, Defendants, <br><br> and <br><br> Mechanical Contractors Association of Eastern Pennsylvania, Inc. d/b/a Mechanical and Service Contractors Association of Eastern Pennsylvania and National Electrical Contractors Association, Penn-Del-Jersey Chapter <br><br> Intervenor-Defendants. | CIVIL ACTION <br><br> Case No. 2:19-cv-01667-JS |

**STIPULATION OF DISMISSAL OF INTERVENOR-DEFENDANTS MECHANICAL CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA, INC. D/B/A MECHANICAL AND SERVICE CONTRACTORS ASSOCIATION OF EASTERN PENNSYLVANIA AND NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION, PENN-DEL-JERSEY CHAPTER WITHOUT PREJUDICE**

Plaintiffs Road-Con, Inc., Loftus Construction, Inc., Neshaminy Constructors, Inc., PKF-Mark III, and Scott A. LaCava (collectively, "Plaintiffs"), Defendants City of Philadelphia and Cherelle Parker, in her official capacity as Mayor of the City of Philadelphia (collectively, "Defendants"), and Intervenor-Defendants Mechanical Contractors Association of Eastern Pennsylvania, Inc. d/b/a Mechanical and Service Contractors Association of Eastern Pennsylvania and National Electrical Contractors Association, Penn-Del-Jersey Chapter (collectively, "Intervenor-Defendants") stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) that Intervenor-Defendants may be dismissed without prejudice.

By: /s/Jonathan F. Mitchell
   Jonathan F. Mitchell
   MITCHELL LAW PLLC
   111 Congress Avenue, Suite 400
   Austin, Texas 78701
   jonathan@mitchell.law
   Tel: (512) 686-3940

   Walter S. Zimolong
   Zimolong LLC
   wally@zimolonglaw.com
   PO Box 552
   Villanova, PA 19085
   Tel: (215) 665-0842
   *Attorneys for Plaintiffs*

By: /s/ Lydia Furst
   Lydia Furst, Chief Deputy City Solicitor
   Michael Pfautz, Deputy City Solicitor
   City of Philadelphia Law Department
   1515 Arch Street, 15th Floor
   Philadelphia, PA 19102
   Lydia.furst@phila.gov
   Michael.pfautz@phila.gov
   *Attorneys for Defendants*

KANG HAGGERTY LLC

By: /s/ Susan Moon O.
   Edward T. Kang
   Henry J. Donner
   Susan Moon O
   123 S. Broad Street, Suite 1950
   Philadelphia, PA 19109
   ekang@kanghaggerty.com
   hdonner@kanghaggerty.com
   so@kanghaggerty.com
   Tel: (215) 525-5850
   Fax: (215) 525-5860
   *Attorneys for Intervenor-Defendants*

Dated: September 10, 2025

**SO ORDERED**

_____  10/1/2025
The Honorable Juan R. Sanchez
United States District Judge

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Road-Con, Inc., Neshaminy Constructors, Inc., Loftus Construction, Inc., PKF-Mark III, and Scott A. LaCava, Plaintiffs, <br> v. <br> The City of Philadelphia, and Cherelle Parker, in her official capacity as Mayor of the City of Philadelphia, <br> Defendants, <br> and <br> Mechanical Contractors Association of Eastern Pennsylvania, Inc. d/b/a Mechanical and Service Contractors Association of Eastern Pennsylvania and National Electrical Contractors Association, Penn-Del-Jersey Chapter <br> Intervenor-Defendants. | CIVIL ACTION <br><br> Case No. 2:19-cv-01667-JS |

## CERTIFICATE OF SERVICE

I, Susan Moon O, hereby certify that on this 10th day of September 2025, I caused a true and correct copy of the foregoing Stipulation of Dismissal of Intervenor-Defendants Mechanical Contractors Association of Eastern Pennsylvania, Inc. D/B/A Mechanical and Service Contractors Association of Eastern Pennsylvania and National Electrical Contractors Association, Penn-Del-Jersey Chapter Without Prejudice to be electronically filed and may be viewed and/or downloaded through the ECF system maintained by the Clerk of United States District Court for the Eastern District of Pennsylvania.  The following will receive notification via ECF:

Lydia Furst, Chief Deputy City Solicitor
Michael Pfautz, Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Lydia.furst@phila.gov
Michael.pfautz@phila.gov
*Attorneys for Defendants*

Walter Stephen Zimolong
Zimolong LLC
P.O. Box 552
Villanova, PA 19085
*Co-Counsel for Plaintiffs*

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Ave., Suite 400
Austin, TX 78701
*Co-Counsel for Plaintiffs*

<u>*/s/ Susan Moon O.*</u>
Susan Moon O

Dated: September 10, 2025