IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Road-Con, Inc., et. al., | : | Case Number: 2:19-cv-01667-JS |
| | : | |
| | : | |
| v. | : | |
| | : | |
| The City of Philadelphia, et. al. | : | |
| | : | |

## ORDER

AND NOW, this _____ day of __October_____ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.  The Clerk is DIRECTED to add Nicholas R. Barry, Esquire as counsel for Plaintiffs.  Nicholas R. Barry is DIRECTED to request ECF filing access using their PACER Account[1].

☐   DENIED.

_____
, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 2:19-cv-01667-JS

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, Nicholas R. Barry, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Plaintiffs. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| Tennessee | November 5, 2013 | 031963 |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| _____ | _____ | _____ |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| TN MD (Court where admitted) | 2014 | 031963 |
|---|---|---|
| | (Admission Date) | (Attorney Identification Number) |
| TN ED (Court where admitted) | 2015 | _____ |
| | (Admission Date) | (Attorney Identification Number) |
| Sixth Circuit Court of Appeals (Court where admitted) | Sept. 2023 | _____ |
| | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

*I am seeking to enter my appearance for Plaintiffs*

*Name of Attorney: Nicholas R. Barry*

*Firm Address: 611 Pennsylvania Ave., SE #231, Washington D.C., 20003*

*Telephone Number: (615) 431-9303*

*Email Address: nicholas.barry@aflegal.org*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2025 (Date)

*Nicholas Barry*
_____
*(Movant's signature)*

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Nicholas R. Barry to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

_____  _____  _____  _____
(Sponsor's Name)            (Sponsor's Signature)        (Admission Date)             Attorney ID Number

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

_____

_____

_____

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* _____          _____
               *(Date)*                                                      *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Road-Con, Inc., et. al., | : : : : | Case Number: 2:19-cv-01667-JS |
| v. | : : | |
| The City of Philadelphia, et. al. | | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of Nicholas R. Barry, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Jonathan Cooper
Lydia M. Furst, Deputy City Solicitor
Michael We-Kung Pfautz
PHILADELPHIA LAW DEPARTMENT
CIVIL RIGHTS UNIT
1515 ARCH STREET 14TH FLOOR
PHILADELPHIA, PA 19102
Email: jonathan.cooper@phila.gov
Email: lydia.furst@phila.gov
Email: michael.pfautz@phila.gov

_____
(Signature of Attorney)

_____
(Name of Attorney)

_____
(Name of Moving Party)

_____
(Date)