IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROAD-CON, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1667 |
| | : | |
| THE CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 20th day of October, 2025, it is ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Dkt. No. 124) is GRANTED. The Clerk is DIRECTED to add Nicholas R. Barry, Esquire as counsel for Plaintiffs. Nicholas R. Barry is DIRECTED to request ECF filing access using their PACER Account.[1] It is further ORDERED the October 14, 2025 Motion for Pro Hac Vice (Dkt. No. 123) is DISMISSED as moot.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.