UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **Road-Con, Inc.**; **Neshaminy Constructors, Inc.**; **Loftus Construction, Inc.**; **PKF-Mark III, Inc.**; and **Scott A. LaCava**,<br><br>     Plaintiffs,<br><br>v.<br><br>**City of Philadelphia**; and **Cherelle Parker**, in her official capacity as mayor of the City of Philadelphia,<br><br>     Defendants. | Case No. 2:19-cv-01667-JS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

  The parties have settled this lawsuit and stipulate to dismiss the action with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

                           Respectfully submitted.

| | |
|---|---|
| /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Pennsylvania Bar No. 91505<br>Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701<br>(512) 686-3940 (phone)<br>jonathan@mitchell.law<br><br>*Counsel for Plaintiffs*<br><br>Dated: October 22, 2025 | /s/ Lydia Furst<br>LYDIA FURST<br>Chief Deputy City Solicitor<br>City of Philadelphia Law Department<br>1515 Arch Street, 15th Floor<br>Philadelphia, Pennsylvania 19102<br>(215) 683-3566<br>lydia.furst@phila.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I certify that on October 22, 2025, I served this document through the electronic case manager upon:

Lydia Furst
Chief Deputy City Solicitor
Michael Pfautz
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, Pennsylvania 19102
(215) 683-3566
lydia.furst@phila.gov
michael.pfautz@phila.gov

*Counsel for Defendants*